

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Melissa Hairston<br>State Auto Financial Corporation<br>518 E Broad St<br>Columbus, OH 43215-3976 |
| **Electronic copy provided to:** | Andrea (State Auto)<br>Pamela Albery<br>Suzanne Landacre<br>Claim Service Dept<br>Emilee Hanson<br>Brittany Sheveland<br>Janet (State Auto) |

| | |
|---|---|
| **Entity:** | State Auto Property & Casualty Insurance Company<br>Entity ID Number  3047578 |
| **Entity Served:** | State Auto Property & Casualty Ins. Co. |
| **Title of Action:** | Volunteer Management & Development Company Inc vs. State Auto Property & Casualty Insurance Company |
| **Matter Name/ID:** | Volunteer Management & Development Company Inc vs. State Auto Property & Casualty Insurance Company (14111899) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Marshall County Circuit Court, TN |
| **Case/Reference No:** | 23-CV-13 |
| **Jurisdiction Served:** | Tennessee |
| **Date Served on CSC:** | 05/24/2023 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | TN Department of Commerce and Insurance on 03/03/2023 |
| **How Served:** | Certified Mail |
| Sender Information: | Berkley Law Firm, PLLC<br>901-800-8349 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**Exhibit 1-1**



Department of
**Commerce &
Insurance**

May 18, 2023

State Auto Property & Casualty Ins. Co.
2908 Poston Avenue C/O C S C
Nashville, TN 37203
NAIC # 25127

Certified Mail
Return Receipt Requested
7020 1290 0001 6213 3692
Cashier # 231821

Re:   Volunteer Mgmt & Dev Co Inc   V.   State Auto Property & Casualty Ins. Co.

     Docket # 59Cc12023Cv13

To Whom It May Concern:

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of
Commerce and Insurance was served March 03, 2023, on your behalf in connection with the
above-styled proceeding.  Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
    Marshall County
    301 Marshall County Courthouse
    Lewisburg, Tn  37091

State of Tennessee, Department of Commerce & Insurance
500 James Robertson Parkway, Service of Process - 10th Floor, Nashville, TN 37243
Service.Process@tn.gov; 615-532-5260

Case 1:23-cv-00041   Document 1-1   Filed 06/20/23   Page 2 of 137 PageID #: 7

Home / Financial Stability Ratings® / STATE AUTO PROPERTY & CAS INS CO

 Demotech

# STATE AUTO PROPERTY & CAS INS CO

NAIC: 25127

NAIC Group: STATE AUTO MUTUAL GROUP



---

# Additional Company Information

**Cumulative SPEQUELLAE (Unadjusted) Realization 2015-2019 as of 12/31/2020: 100+**

**Frequency of SPEQUELLAE (unadjusted) Realization: 4 out of 5 years**



COPY

| **Marshall County Circuit Court** 302 MC Courthouse Lewisburg, TN 37091 (931)359-0536 | **STATE OF TENNESSEE** **CIVIL SUMMONS** page 1 of 1 | **Case Number** 59CC1-2023-CV-13 |
|---|---|---|

**VOLUNTEER MANAGEMENT & DEVELOPMENT COMPANY INC vs STATE AUTO PROPERTY & CASUALTY INSURANCE**

Served On:

| STATE AUTO PROPERTY & CASUALTY INSURANCE CO. | 518 EAST BROAD STREET COLUMBUS, OH 43215 NAIC 25127 |
|---|---|

You are hereby summoned to defend a civil action filed against you in Marshall County Circuit Court, Marshall County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the required date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 1/30/2023

_Mike Wiles_
Clerk / Deputy Clerk - Marshall County Circuit Court

Attorney for Plaintiff:   DRAYTON D. BERKLEY

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA §26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to   Michael Wiles, Marshall County Circuit Court Clerk, Marshall County
302 MC Courthouse
Lewisburg, TN 37091

### CERTIFICATION (IF APPLICABLE)

I, Michael Wiles, Marshall County Circuit Court Clerk of Marshall County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk – Marshall County Circuit Court

OFFICER'S RETURN: Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows:

Date: _____   By: _____
Please Print: Officer, Title

Agency Address _____   Signature _____

RETURN ON SERVICE OF SUMMONS BY MAIL: I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires_____)

Signature of Plaintiff _____   Plaintiff's Attorney (or Person Authorized to Serve Process)
**(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call , ADA Coordinator, at*

Rev. 8/05/10

| Marshall County Circuit Court<br>302 MC Courthouse<br>Lewisburg, TN 37091<br>(931)359-0536 | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>page 1 of 1 | **Case Number**<br>**59CC1-2023-CV-13** |
|---|---|---|

**VOLUNTEER MANAGEMENT & DEVELOPMENT COMPANY INC vs STATE AUTO PROPERTY & CASUALTY INSURANCE**

Served On:

| STATE AUTO<br>PROPERTY &<br>CASUALTY<br>INSURANCE CO. | 518 EAST BROAD STREET<br>COLUMBUS, OH 43215<br>NAIC 25127 |
|---|---|

You are hereby summoned to defend a civil action filed against you in Marshall County Circuit Court, Marshall County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the required date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 1/30/2023

_Mike Wiles_
Clerk / Deputy Clerk - Marshall County Circuit Court

Attorney for Plaintiff: DRAYTON D. BERKLEY

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA §26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer. Please state file number _____.

Mail list to    Michael Wiles, Marshall County Circuit Court Clerk, Marshall County
302 MC Courthouse
Lewisburg, TN 37091

STATE OF TENNESSEE, MARSHALL COUNTY
The undersigned Circuit Court Clerk, do hereby certify that this is a true and correct copy of the original of this instrument filed in this cause.

**CERTIFICATION (IF APPLICABLE)** This 30th day of JANUARY 2023 _____ Clerk.

I, Michael Wiles, Marshall County Circuit Court Clerk of Marshall County do certify this to be a true and correct copy of the original summons issued in this case.

_Mike Wiles_

Date: _____

_____
Clerk / Deputy Clerk – Marshall County Circuit Court

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows:

Date: _____      By: _____
                                   Please Print: Officer, Title

Agency Address _____      Signature _____

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Signature of Plaintiff

Notary Public / Deputy Clerk (Comm. Expires_____)

Plaintiff's Attorney (or Person Authorized to Serve Process)

**(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call , ADA Coordinator, at*

*Rev. 8/05/10*

ORIGINAL

| Marshall County Circuit Court<br>302 MC Courthouse<br>Lewisburg, TN 37091<br>(931)359-0536 | STATE OF TENNESSEE<br>CIVIL SUMMONS<br>page 1 of 1 | Case Number<br>59CC1-2023-CV-13 |
|---|---|---|

## VOLUNTEER MANAGEMENT & DEVELOPMENT COMPANY INC vs STATE AUTO PROPERTY & CASUALTY INSURANCE

Served On:

| STATE AUTO<br>PROPERTY &<br>CASUALTY<br>INSURANCE CO. | 518 EAST BROAD STREET<br>COLUMBUS, OH 43215<br>NAIC: 25127 |
|---|---|

You are hereby summoned to defend a civil action filed against you in Marshall County Circuit Court, Marshall County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the required date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 1/30/2023 _____

_Mike Wiles_
Clerk / Deputy Clerk - Marshall County Circuit Court

Attorney for Plaintiff: DRAYTON D. BERKLEY _____

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA §26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to   Michael Wiles, Marshall County Circuit Court Clerk, Marshall County
302 MC Courthouse
Lewisburg, TN 37091

### CERTIFICATION (IF APPLICABLE)

I, Michael Wiles, Marshall County Circuit Court Clerk of Marshall County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk -- Marshall County Circuit Court

OFFICER'S RETURN: Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows:

Date: _____   By: _____
Please Print: Officer, Title

Agency Address _____   Signature _____

RETURN ON SERVICE OF SUMMONS BY MAIL: I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____   Notary Public / Deputy Clerk (Comm. Expires_____)

Signature of Plaintiff   Plaintiff's Attorney (or Person Authorized to Serve Process)

(Attach return receipt on back)

_ADA: If you need assistance or accommodations because of a disability, please call , ADA Coordinator, at_

Rev. 8/05/10

| Marshall County Circuit Court<br>302 MC Courthouse<br>Lewisburg, TN 37091<br>(931)359-0536 | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>page 1 of 1 | Case Number<br>59CC1-2023-CV-13 |
|---|---|---|

**VOLUNTEER MANAGEMENT & DEVELOPMENT COMPANY INC vs STATE AUTO PROPERTY & CASUALTY INSURANCE**

Served On:

| STATE AUTO<br>PROPERTY &<br>CASUALTY<br>INSURANCE CO. | 518 EAST BROAD STREET<br>COLUMBUS, OH 43215<br>NAIC: 25127 |
|---|---|

You are hereby summoned to defend a civil action filed against you in Marshall County Circuit Court, Marshall County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the required date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 1/30/2023

_Mike Wiles_
Clerk / Deputy Clerk - Marshall County Circuit Court

Attorney for Plaintiff: DRAYTON D. BERKLEY

---

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA §26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to    Michael Wiles, Marshall County Circuit Court Clerk, Marshall County
302 MC Courthouse
Lewisburg, TN 37091

STATE OF TENNESSEE, MARSHALL COUNTY

I, the undersigned Circuit Court Clerk, do hereby certify that this is a true and correct copy of the original of this instrument filed in this cause.

**CERTIFICATION (IF APPLICABLE)** this _30th_ day of _JANUARY_ 20_23_ by _Mike Wiles_ Clerk.

I, Michael Wiles, Marshall County Circuit Court Clerk of Marshall County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk – Marshall County Circuit Court

---

| OFFICER'S RETURN: Please execute this summons and make your return within ninety (90) days of issuance as provided by law. |
|---|

I certify that I have served this summons together with the complaint as follows:

Date: _____    By: _____
                                               Please Print: Officer, Title

Agency Address              Signature

---

RETURN ON SERVICE OF SUMMONS BY MAIL: I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires_____)

_____           _____
Signature of Plaintiff           Plaintiff's Attorney (or Person Authorized to Serve Process)

(Attach return receipt on back)

*ADA: If you need assistance or accommodations because of a disability, please call , ADA Coordinator, at*

Rev. 8/05/10



| Marshall County Circuit Court<br>302 MC Courthouse<br>Lewisburg, TN 37091<br>(931)359-0536 | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>page 1 of 1 | **Case Number**<br>**59CC1-2023-CV-13** |
|---|---|---|

### VOLUNTEER MANAGEMENT & DEVELOPMENT COMPANY INC vs STATE AUTO PROPERTY & CASUALTY INSURANCE

Served On:

| STATE AUTO<br>PROPERTY &<br>CASUALTY<br>INSURANCE CO. | 518 EAST BROAD STREET<br>COLUMBUS, OH 43215<br>N A1C 25197 |
|---|---|

You are hereby summoned to defend a civil action filed against you in Marshall County Circuit Court, Marshall County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the required date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 1/30/2023

*Mike Wiles*

Clerk / Deputy Clerk - Marshall County Circuit Court

Attorney for Plaintiff:  DRAYTON D. BERKLEY

---

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA §26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to    Michael Wiles, Marshall County Circuit Court Clerk, Marshall County
302 MC Courthouse
Lewisburg, TN 37091

### CERTIFICATION (IF APPLICABLE)

I, Michael Wiles, Marshall County Circuit Court Clerk of Marshall County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk – Marshall County Circuit Court

---

OFFICER'S RETURN: Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows:

Date: _____    By: _____

Please Print: Officer, Title

_____

Agency Address    Signature

---

RETURN ON SERVICE OF SUMMONS BY MAIL: I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires_____)

Signature of Plaintiff    Plaintiff's Attorney (or Person Authorized to Serve Process)

(Attach return receipt on back)

*ADA: If you need assistance or accommodations because of a disability, please call , ADA Coordinator, at*

Rev. 8/05/10

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, TENNESSEE FOR THE
SEVENTEENTH JUDICIAL DISTRICT AT TENNESSEE**

VOLUNTEER MANAGEMENT &
DEVELOPMENT COMPANY INC;

Plaintiff,

V.

CASE NO. 23-CV-13

STATE AUTO PROPERTY &
CASUALTY INSURANCE CO.

Defendant,

### COMPLAINT TO COMPEL APPRAISAL AND BREACH OF CONTRACT

Comes now Volunteer Management & Development Company Inc., by and
through counsel, and requests this Honorable Court to select an umpire and order the
carrier to comply with the appraisal provision and identify a competent appraiser to
participate as authorized in the homeowners policy; and does show this Honorable Court
the following:

1.      Volunteer Management & Development Company Inc. "Plaintiff", is a
Tennessee corporation conducting  the business of property management and owns the
insured premises locations covered by policy No. PBP 2864751.

2.      State Auto Property & Casualty Insurance Company ("Defendant") is a foreign
corporation that conducts the business of insurance in Tennessee and may be served with
process by any means authorized by Rule of the Tennessee Rules of Civil Procedure.

---

1  **For purposes of judicial economy, only the Declarations Page and Appraisal
provision of the policy are attached as Exhibit "A", to preclude the necessity for the
Judge to "rifle through" a voluminous policy to locate the limited provisions
relevant to this proceeding (e.g. the Appraisal Provision)**

3.    Defendants issued Policy No. PBP 2864751 to Plaintiffs providing coverage for direct physical loss that occurred on multiple locations and was in effect on the date of loss of December 10, 2021 with all of the locations assigned Claim No. PR-0000000-400349. Excerpts of the policy (declaration pages, Appraisal, and Loss provisions) are attached herewith as (Exhibit "A").

4.    Defendants have extended coverage and paid certain amounts for storm damages at each location, however, desk adjuster Mike Wakefield provided Plaintiffs with a letter from Engineering & Environmental Services Group, (EES) to Mike Wakefield, and dated June 29, 2022 (See Exhibit "B") detailing the results of their June 1-2 2022 inspections.

5.    Upon review of the report. Plaintiffs discover that EES had failed to properly inspect the subject properties, failed to show the blatant damages to the roofs, exterior claddings, that had been previously photographed and documented by Plaintiffs Public adjuster and other consultants, and sent to EES prior to inspections. See Exhibit B and B1

6.    The report goes as far as to falsely accuse the Public Adjuster of causing damage to a shingle he was pointing out to them  that was clearly dated damage and violated his rights as an insurance professional. (Pg 34 of Exhibit B)

7.    In a follow up June 30, 2022 denial letter, Defendants admitted to making payments for each location and relying on the EES report to support the denial of coverage. Defendants also knowingly, and repeatedly, misrepresented the policy coverage term of deterioration and wear and tear (existing conditions) as "causes of loss" to deny coverage to Plaintiffs throughout the letter but the payments Defendant admits to making to Plaintiffs on the second page is still subject to appraisal process.

See Exhibit C

8.      Due to the insufficient payments on each location and the debris removal dispute on several others, Plaintiffs submitted a written demand for appraisal to determine the respective amounts of loss at all locations on August 15, 2022, naming therein a competent appraiser, and pursuant to the policy term of appraisal,

9.      Instead of naming their appraiser as required, Defendants adjuster, Mike Wakefield, responded the same day falsely stating they *"needed specific details on the damage scope in disagreement before proceeding with appraisal"*, after having reviewed their Public Adjusters' estimates for months, he knew this was a misrepresentation of policy coverage terms, and was certainly not a prerequisite to Defendants mandatory participation in the appraisal process or a policy condition Plaintiffs must comply after their proper demand.

10.      All conditions precedents for notice to Defendants to identify a competent appraiser and choose an umpire have occurred, yet Defendants continue to refuse  to comply and the process cannot proceed as mandated by the policy due to their inaction.

## COUNT I COMPEL APPRAISAL AND APPOINT UMPIRE

11.      The policy appraisal provision provides  as follows:

**Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

---

1 **For purposes of judicial economy, only the Declarations Page and Appraisal provision of the policy are attached as Exhibit "A", to preclude the necessity for the Judge to "rifle through" a voluminous policy to locate the limited provisions relevant to this proceeding (e.g. the Appraisal Provision)**

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

12.     Both parties are entitled to an expeditious appraisal, pursuant to the policy language, with two competent appraisers and an impartial umpire, as these three are essential to an effective and fair process to determine the correct amounts of loss and both parties are mandated to participate.

## II. UMPIRE QUALIFICATIONS

13.     Although the policy provision does not outline the criteria to be used in the umpire selection process "Generally accepted insurance principles dictate only that 'an umpire selected to arbitrate a loss should be disinterested, unprejudiced, honest, and competent.'" Brothers v. Generali Us. Branch, No. CIV.A. 1:97-CV-798-MHS, 1997 WL 578681, at *3 (N.D. Ga. July 11, 1997) (quoting 6 Appleman, Insurance Law and Practice § 3928, at 554 (1972». The umpire "should be impartial, honest, and competent, and should not live an unreasonable distance from the scene of the loss." Corpus Juris Secundum, Insurance § 1897 (2011) See, e.g., 6 Appleman, Insurance Law and Practice § 3928, at 554 (1972); Corpus Juris Secundum, Insurance § 1897 (2011).

14.    Petitioner proposes the individuals who are well qualified,  have no business or personal relationships with either party, and meet the criteria described herein.

    a)  **Scott Heidelberg – TN – Certified PLAN Ump/Appr- CV attached**

    b)  **Andy Fraraccio – Intrust Claims – CV attached**

    c)  **Zach Baker – TN - The David Group - Certified Umpire – CV attached**

    d)  **Mary Jo O'Neal – TN/Ind. Adj./- Certified Umpire-CV attached.**

    e)  **Ben Perry – TN / Dir. Of Appraisals – CV attached**

15. This Honorable Court is authorized by the mutual consent of the parties', and as outlined in the policy appraisal provision, to choose an impartial umpire and/or a competent appraiser, if necessary, upon the request of either party.

## COUNT V BREACH OF CONTRACT

16. The Plaintiff incorporates the foregoing allegations as if fully set forth herein.

17. Defendant has refused to pay the amounts owed to Plaintiff for the Loss pursuant to the insurance coverage afforded by the Policy.

18. Defendant materially breached the insurance contract by refusing to participate in the appraisal process after it was properly demanded by Plaintiffs.

19. Defendant breached its contractual obligations by failing to properly and reasonably inspect the Properties and failing to pay for cost related benefits to properly repair the Properties, as well as for losses associated with the subject loss event, including substantial business interruption costs.

20. . Defendant breached the contract by ignoring the objective evidence of storm related damage to the Properties roofing systems and exterior claddings.

21. Prior to making its determination on the Claim, Defendant retained the services of Engineering and Environmental Services Group, and they operated as an agent of Defendant who relied upon their report to wrongfully deny the claims through false reports.

22. EES's report stated there was no wind or hail related damage to the buildings on the Properties, and no storm created damages found by their engineering inspections.

---

1 **For purposes of judicial economy, only the Declarations Page and Appraisal provision of the policy are attached as Exhibit "A", to preclude the necessity for the Judge to "rifle through" a voluminous policy to locate the limited provisions relevant to this proceeding (e.g. the Appraisal Provision)**

23.     Plaintiffs Public Adjuster inspected the properties and his photographs clearly show EES failed to acknowledge blatant damage on all of the buildings at each location, and these damages occurred within the Policy period.

24.     Nevertheless, Defendant refused to pay on the claim and relied solely on the EES report to deny the claim in full. Therefore, Defendant wrongfully denied Plaintiff's Claim and refused to issue a full and fair payment for the covered losses as Plaintiff was rightfully owed under the Policy.

25.     Defendant's investigation was unreasonable as it was outcome oriented with the intended purpose of denying the claim. Defendant ignored clear damage to the Property and did not provide any supplemental estimates for the damages. Nor did Defendant attempt to distinguish what damages may have resulted from what storm event.

26.     Defendants reports are directly contradicted by photographic and eyewitness evidence. .

27.     Specifically, Defendant, independently and through Engineering and Environmental Services Group, Inc, intentionally and knowingly conducted a substandard investigation of the Properties. This is evidenced by Defendant's failure to identify or photograph any of the obvious damage to the Properties. Defendant failed to include all necessary items Plaintiff is entitled to under the Policy to place the Property in replacement cost condition.

## AGENCY

28.     Plaintiff hereby incorporates by reference all facts and circumstances set forth under the foregoing paragraphs.

29.     All acts by EES were undertaken and completed by its officers, agents, servants, employees, and/or representatives. All such acts were either done with the full

authorization or ratification of Defendant and/or were completed in its normal and routine course and scope of employment.

30.     Defendant's acts, omissions, and/or breaches, individually and through its agents, caused significant damage to Plaintiff, and were a proximate cause of Plaintiff's damages.

### COUNT V INSURANCE FRAUD

31.   On August 15, 2022, Mike Wakefield, who is on information and belief is a resident if the State of Ohio, and whose business address is 518 East Broad St. Columbus, Ohio 43215, and while in the Course and scope of his employment with State Auto, presented false information to an insurance professional related to a claim by falsely stating in the that Defendants *"needed specific details on the damage scope in disagreement before proceeding with appraisal"*, when there is no such requirement in the express terms of the policy appraisal provision, and Wakefield's actions constitute a violation of the Insurance Fraud Act found at §56-53-103(a)(1) and has wrongfully delayed and denied the payment of benefits to Plaintiff.  A copy of this letter is incorporated herein by reference.  See Exhibit C

32.   The actions of Wakefield, EES, and State Auto were part of a pattern or practice of violation of the Insurance Fraud that authorize the Plaintiff to treble damages.

WHEREFORE PREMISES CONSIDERED, PLAINTIFF requests the court grant his petition to compel appraisal, appoint umpire, award pre-judgment interest, post-judgment interest, compensatory damages, attorney fees, treble damages, expenses and

---

1 **For purposes of judicial economy, only the Declarations Page and Appraisal provision of the policy are attached as Exhibit "A", to preclude the necessity for the Judge to "rifle through" a voluminous policy to locate the limited provisions relevant to this proceeding (e.g. the Appraisal Provision)**

other damages and expenses authorized by §56-53-107 of no less than FORTY MILLIONS DOLLARS AND punitive damages of no less than FORTY MILLION DOLLARS.

Respectfully submitted,

Drayton D. Berkley, Esq.
Berkley Law Firm, PLLC
1255 Lynnfield Ste 226
Memphis, TN 38119
Phone: 901.800.8349
attorneyberkley@gmail.com
*Attorney for Plaintiff*

# STATE AUTO®
### Insurance Companies

## PREFERRED BUSINESS POLICY COMMON DECLARATIONS

| NAMED INSURED AND MAILING ADDRESS:<br>First Named Insured Is Specified To Be:<br><br>**VOLUNTEER MANAGEMENT &<br>DEVELOPMENT COMPANY INC;<br>1001 AIRPORT RD<br>FULTON, KY 42041** | AGENT NAME AND ADDRESS:<br>**COMMERCIAL INSURANCE ASSOCIATE<br>103 POWELL CT STE 200<br>BRENTWOOD, TN 37027** | |
|---|---|---|
| POLICY PERIOD:<br>**From: 05/12/2021   To: 05/12/2022** | AGENT TELEPHONE NUMBER:<br>**(615) 515-6000** | AGT. NO.<br>**0002432** |
| COVERAGE PROVIDED BY:<br>**State Auto Property and Casualty Insurance Co.** | A STATE AUTO INSURED SINCE:<br>**2019** | |
| AUDITABLE POLICY:<br>**Yes** | POLICY STATUS:<br>**Renewal** | AFTER-HOURS CLAIMS SERVICE:<br>**1-877-SA-CLAIM  or  www.stateauto.com** |

The coverage and these declarations are effective 12:01 AM Standard Time on **05/12/2021**  at the above mailing address.

| BUSINESS ENTITY TYPE:<br>**Corporation** | BILLING ACCOUNT NUMBER: | BILLING QUESTIONS? |
|---|---|---|
| BUSINESS DESCRIPTION:    **Apartment Buildings** | | |

Upon valid payment of premium when due, these renewal declarations continue your policy for the period indicated. In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

### PREMIUM SUMMARY BY COVERAGE PARTS AND POLICIES
This policy consists of the following coverage parts or policies for which a premium is indicated. This premium may be subject to adjustment.

| COVERAGE PARTS | PREMIUMS |
|---|---|
| Commercial Property Coverage Part<br>Commercial General Liability Coverage Part<br>Employment Practices Liability Coverage Part | |

SELF-CONTAINED POLICIES
Commercial Inland Marine Policy
Commercial Umbrella Policy

Taxes and Surcharges:
Tax District:
Fulton County
Burkesville
Albany
Dixon
Mayfield
Princeton

These declarations together with the Common Policy Conditions and coverage form(s) and any endorsement(s) identified on these declarations and attached to your policy complete the above numbered policy.

**Countersigned** _____ **By** _____

       (Date)                                                        (Authorized Representative)

Case 2:22-cv-00041   Document 1-1   Filed 08/20/23   Page 17 of 137 PageID #: 22



# PREFERRED BUSINESS POLICY COMMON DECLARATIONS

**PREMIUM SUMMARY BY COVERAGE PARTS AND POLICIES** (Continued)

This policy consists of the following coverage parts or policies for which a premium is indicated. This premium may be subject to adjustment.

PREMIUMS

Taxes and Surcharges:
Tax District:
Glasgow
Cave City
Murray
Russellville
Bardwell
Arlington
Kentucky Surcharge
Terrorism (included in total below)

POLICY TOTAL AT INCEPTION

Case 1:22-cv-00041-GNS Document 1-1 Filed 06/30/22 Page 18 of 137 PageID #: 23


# FORMS AND ENDORSEMENTS
## APPLICABLE TO ALL COVERAGE PARTS

| NEW | FORM OR ENDORSEMENT AND EDITION DATE | ENDORSEMENT TITLE (Only the endorsement titles are shown below, please review the form for a complete description of coverage.) |
|---|---|---|
| | IL 00 17 11 98 | Common Policy Conditions |
| | SI 00 19 11 98 | Common Policy Conditions Amendment |
| | IL 00 03 09 08 | Calculation of Premium |
| | IL 02 63 09 08 | Kentucky Changes - Cancellation and Nonrenewal |
| | IL 02 50 09 08 | Tennessee Changes - Cancellation and Nonrenewal |
| | SI 00 17 11 98 | Common Policy Conditions |
| | SI 10 08 01 16 | Common Policy Jacket |
| | SI 11 00 01 04 | Installment Payments |
| * | PN 00 83 01 15 | Notice of Terrorism Insurance Coverage |

*Indicates a new form has been added or a replacement form has been substituted for one of an earlier edition. Please retain all forms.

# NAMED INSURED AND MAILING ADDRESS

In addition to the First Named Insured shown on page 001 of this Declarations, the following are also named insureds:      Business Entity Type



## NAMED INSURED AND MAILING ADDRESS

In addition to the First Named Insured shown on page 001
of this Declarations, the following are also named insureds:                  Business Entity Type

TURSKY CONSTRUCTION COMPANY
LLC;                                                          Corporation


BTT DEVELOPMENT III LP,                                       Corporation
DBA MUR-CAL APARTMENTS;

SI 50 00 (01/04)


## NAMED INSURED AND MAILING ADDRESS

In addition to the First Named Insured shown on page 001
of this Declarations, the following are also named insureds:

**Business Entity Type**

BTT DEVELOPMENT III LP
DBA PARKWAY SQUARE APARTMENTS;
BTT DEVELOPMENT III LP

Corporation

DBA DIXON MANOR APARTMENTS;
BTT DEVELOPMENT III LP
DBA MAYFIELD MANOR II
APARTMENTS;

Corporation

BTT DEVELOPMENT III LP
DBA LEGION MANOR APARTMENTS;

Corporation

SI 50 00 (01/04)


# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| Blanket Summary Information |
|---|

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|

Blanket Business Personal Property - Per Statement of Values on File with Company
        $938,965  Special Form    $1,000    100%    Replacement Cost
Inflation Guard:  4%
           Terrorism Insurance Coverage

| DESCRIPTION OF PREMISES | Premises 0001     Building 001 |
|---|---|

| Building Address | Construction/Protection Class |
|---|---|
| 1001 Airport Rd<br>Fulton, KY 42041 | Construction: Frame<br>Protection Class 03 |

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|

Building
        $548,843  Special Form    $5,000    100%    Replacement Cost
Wind and Hail Deductible:  $10,000
Inflation Guard:  4%
           Terrorism Insurance Coverage

Equipment Breakdown
                 $5,000


# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| COVERAGES PROVIDED PREMISES | Premises 0001 | Building 001 | Continued |
|---|---|---|---|

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|

Business Income - Rental Property: Actual Loss Sustained
Special Form
Period of Restoration - 72 Hour Time Period is Eliminated
Terrorism Insurance Coverage

Business Personal Property - Blanket - See Blanket Summary

| DESCRIPTION OF PREMISES | Premises 0001 | Building 002 |
|---|---|---|

**Building Address**

1001 Airport Rd
Fulton, KY 42041

**Construction/Protection Class**

Construction: Frame
Protection Class 03

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $596,524 | Special Form | $5,000 | 100% | Replacement Cost | |
| | Wind and Hail Deductible: $10,000 | | | | | |
| | Inflation Guard: 4% | | | | | |
| | | Terrorism Insurance Coverage | | | | |
| Equipment Breakdown | | | $5,000 | | | |

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| COVERAGES PROVIDED PREMISES | Premises 0001 | Building 002 | Continued |
|---|---|---|---|

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|

Business Income - Rental Property: Actual Loss Sustained
Special Form
Period of Restoration - 72 Hour Time Period is Eliminated

Business Personal Property - Blanket - See Blanket Summary

| DESCRIPTION OF PREMISES | Premises 0001 | Building 003 |
|---|---|---|

### Building Address

1001 Airport Rd
Fulton, KY 42041

### Construction/Protection Class

Construction: Frame
Protection Class 03

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $596,524 | Special Form | $5,000 | 100% | Replacement Cost | |
| | Wind and Hail Deductible: $10,000 | | | | | |
| | Inflation Guard: 4% | | | | | |
| | | Terrorism Insurance Coverage | | | | |
| Equipment Breakdown | | | $5,000 | | | |

Case 1:23-cv-00041   Document 1-1   Filed 06/20/23   Page 24 of 137 PageID #: 29



# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| **COVERAGES PROVIDED PREMISES** | Premises 0001 | Building 003 | Continued |
|---|---|---|---|

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|

Business Income - Rental Property: Actual Loss Sustained
Special Form
Period of Restoration - 72 Hour Time Period is Eliminated

Business Personal Property - Blanket - See Blanket Summary

Case 1:23-cv-00041   Document 1-1   Filed 06/20/23   Page 25 of 137 PageID #: 30

# STATE AUTO®
## Insurance Companies

## COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| DESCRIPTION OF PREMISES | Premises 0005   Building 001 |
|---|---|

| **Building Address** | **Construction/Protection Class** |
|---|---|
| 1080 Us Highway 41a<br>Dixon, KY 42409 | Construction: Frame<br>Protection Class 05 |

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

### COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $677,692 | Special Form | $5,000 | 100% | Replacement Cost | |
| | Wind and Hail Deductible:   $10,000 | | | | | |
| | Inflation Guard:   4% | | | | | |
| | | Terrorism Insurance Coverage | | | | |
| Equipment Breakdown | | | $5,000 | | | |

Issue Date   05/21/2021          12:38:25 PM          SP 90-01 (11/04)   Page 016



# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| COVERAGES PROVIDED PREMISES | Premises 0005 | Building 001 | Continued |
|---|---|---|---|

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|

Business Income - Rental Property: Actual Loss Sustained
Special Form
Period of Restoration - 72 Hour Time Period is Eliminated

Business Personal Property - Blanket - See Blanket Summary

| DESCRIPTION OF PREMISES | Premises 0005 | Building 002 |
|---|---|---|

### Building Address

1080 Us Highway 41a
Dixon, KY 42409

### Construction/Protection Class

Construction: Frame
Protection Class 05

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $677,692 | Special Form | $5,000 | 100% | Replacement Cost | |
| | Wind and Hail Deductible: $10,000 | | | | | |
| | Inflation Guard: 4% | | | | | |
| | | Terrorism Insurance Coverage | | | | |
| Equipment Breakdown | | | $5,000 | | | |

Case 1:23-cv-00041 Document 1-1 Filed 06/29/23 Page 27 of 137 PageID #: 32

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| COVERAGES PROVIDED PREMISES | Premises 0005 | Building 002 | Continued |
|---|---|---|---|

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|

Business Income - Rental Property: Actual Loss Sustained
      Special Form
Period of Restoration - 72 Hour Time Period is Eliminated

Business Personal Property - Blanket - See Blanket Summary

| DESCRIPTION OF PREMISES | Premises 0005 | Building 003 |
|---|---|---|

**Building Address**

1080 Us Highway 41a
Dixon, KY 42409

**Construction/Protection Class**

Construction: Frame
Protection Class 05

| CLASS CODE | OCCUPANCY |
|---|---|
| 0702 | Olm |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $47,834 | Special Form | $5,000 | 80% | Replacement Cost | |
| Wind and Hail Deductible: $10,000 | | | | | | |
| Inflation Guard: 4% | | | | | | |
| Terrorism Insurance Coverage | | | | | | |
| Equipment Breakdown | | | $5,000 | | | |



# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| COVERAGES PROVIDED PREMISES | Premises 0005 | Building 003 | Continued |
|---|---|---|---|

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|

Business Income - Rental Property: Actual Loss Sustained
Special Form
Period of Restoration - 72 Hour Time Period is Eliminated

Business Personal Property - Blanket - See Blanket Summary

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| DESCRIPTION OF PREMISES | Premises  0008     Building  001 |
|---|---|

| **Building Address** | **Construction/Protection Class** |
|---|---|
| 320 Indiana St<br>Mayfield, KY 42066 | Construction: Frame<br>Protection Class 03 |

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $537,343 | Special Form | $5,000 | 100% | Replacement Cost | |
| | Wind and Hail Deductible:  $10,000 | | | | | |
| | Inflation Guard:    4% | | | | | |
| | | Terrorism Insurance Coverage | | | | |
| Equipment Breakdown | | | $5,000 | | | |

Issue Date  05/21/2021        12:58:25 PM

# STATE AUTO
Insurance Companies

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| COVERAGES PROVIDED PREMISES | Premises 0008 | Building 001 | Continued |
| --- | --- | --- | --- |

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |

Business Income - Rental Property: Actual Loss Sustained
             Special Form
     Period of Restoration - 72 Hour Time Period is Eliminated

Business Personal Property - Blanket - See Blanket Summary

| DESCRIPTION OF PREMISES | Premises 0008 | Building 002 |
| --- | --- | --- |

### Building Address

320 Indiana St
Mayfield, KY 42066

### Construction/Protection Class

Construction: Frame
Protection Class 03

| CLASS CODE | OCCUPANCY |
| --- | --- |
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |
| Building | $537,343 | Special Form | $5,000 | 100% | Replacement Cost | |
| Wind and Hail Deductible: $10,000 | | | | | | |
| Inflation Guard: 4% | | | | | | |
| Terrorism Insurance Coverage | | | | | | |
| Equipment Breakdown | | | $5,000 | | | |


# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| COVERAGES PROVIDED PREMISES | Premises 0008 | Building 002 | Continued |
|---|---|---|---|

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|

Business Income - Rental Property: Actual Loss Sustained
           Special Form
    Period of Restoration - 72 Hour Time Period is Eliminated

Business Personal Property - Blanket - See Blanket Summary

| DESCRIPTION OF PREMISES | Premises 0008 | Building 003 |
|---|---|---|

| **Building Address** | **Construction/Protection Class** |
|---|---|
| 320 Indiana St<br>Mayfield, KY 42066 | Construction: Frame<br>Protection Class 03 |

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $1,038,648 | Special Form | $5,000 | 100% | Replacement Cost | |
| | Wind and Hail Deductible: $10,000 | | | | | |
| | Inflation Guard: 4% | | | | | |
| | | Terrorism Insurance Coverage | | | | |
| Equipment Breakdown | | | $5,000 | | | |

Issue Date  05/21/2021          12:38:25 PM          SP-50-01 (07/04)  Page  028  of  124



**STATE AUTO®**
Insurance Companies

PBP 2864751   02

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| COVERAGES PROVIDED PREMISES | Premises 0008 | Building 003 | Continued |
| --- | --- | --- | --- |

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |

Business Income - Rental Property: Actual Loss Sustained
        Special Form
   Period of Restoration - 72 Hour Time Period is Eliminated

Business Personal Property - Blanket - See Blanket Summary

| DESCRIPTION OF PREMISES | Premises 0009 | Building 001 |
| --- | --- | --- |

| **Building Address** | **Construction/Protection Class** |
| --- | --- |
| 520 Cadiz St<br>Princeton, KY 42445 | Construction: Frame<br>Protection Class 05 |

| CLASS CODE | OCCUPANCY |
| --- | --- |
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |
| Building | $535,911 | Special Form | $5,000 | 100% | Replacement Cost | |
| Wind and Hail Deductible: $10,000 | | | | | | |
| Inflation Guard: 4% | | | | | | |
| | | Terrorism Insurance Coverage | | | | |
| Equipment Breakdown | | | $5,000 | | | |

Issue Date   05/21/2021            12:38:25 PM            SP 50 01 (01/04)   Page  020  of  021

0000885    Printed:


# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| COVERAGES PROVIDED PREMISES | Premises 0009 | Building 001 | Continued |
| --- | --- | --- | --- |

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |

Business Income - Rental Property: Actual Loss Sustained
Special Form
Period of Restoration - 72 Hour Time Period is Eliminated

Business Personal Property - Blanket - See Blanket Summary

| DESCRIPTION OF PREMISES | Premises 0009 | Building 002 |
| --- | --- | --- |

**Building Address**

520 Cadiz St
Princeton, KY 42445

**Construction/Protection Class**

Construction: Frame
Protection Class 05

| CLASS CODE | OCCUPANCY |
| --- | --- |
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |
| Building | $266,240 | Special Form | $5,000 | 100% | Replacement Cost | |

Wind and Hail Deductible:   $10,000
Inflation Guard:   4%
Terrorism Insurance Coverage

| Equipment Breakdown | | | $5,000 | | | |
| --- | --- | --- | --- | --- | --- | --- |

Case 1:23-cv-00041  Document 1-1   Filed 06/20/23   Page 34 of 137  PageID #: 39


# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| COVERAGES PROVIDED PREMISES | Premises 0009 | Building 002 | Continued |
| --- | --- | --- | --- |

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |

Business Income - Rental Property: Actual Loss Sustained
        Special Form
    Period of Restoration - 72 Hour Time Period is Eliminated

Business Personal Property - Blanket - See Blanket Summary

| DESCRIPTION OF PREMISES | Premises 0009 | Building 003 |
| --- | --- | --- |

### Building Address

520 Cadiz St
Princeton, KY 42445

### Construction/Protection Class

Construction: Frame
Protection Class 05

| CLASS CODE | OCCUPANCY |
| --- | --- |
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |
| Building | $535,911 | Special Form | $5,000 | 100% | Replacement Cost | |
| | Wind and Hail Deductible: $10,000 | | | | | |
| | Inflation Guard: 4% | | | | | |
| | Terrorism Insurance Coverage | | | | | |
| Equipment Breakdown | | | $5,000 | | | |



# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| **DESCRIPTION OF PREMISES** | **Premises**  0043    **Building**  001 |
|---|---|

**Building Address**

902 Northwood Dr
Murray, KY 42071

**Construction/Protection Class**

Construction: Frame
Protection Class 03

| **CLASS CODE** | **OCCUPANCY** |
|---|---|
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $455,834  Special Form | | $5,000 | 100% | Replacement Cost | |

Wind and Hail Deductible:  $10,000
Inflation Guard:    4%
                        Terrorism Insurance Coverage

| Equipment Breakdown | | | $5,000 | | | |
|---|---|---|---|---|---|---|

Business Income - Rental Property: Actual Loss Sustained
                        Special Form
            Period of Restoration - 72 Hour Time Period is Eliminated

Case 4:23-cv-00041-JHM   Document 1-1   Filed 04/20/23 (07:04)  Page 36 of 137  PageID #: 41


# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| DESCRIPTION OF PREMISES | Premises  0043     Building  002 |
|---|---|

**Building Address**

902 Northwood Dr
Murray, KY 42071

**Construction/Protection Class**

Construction: Frame
Protection Class 03

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

### COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $277,956  Special Form  Wind and Hail Deductible:  $10,000  Inflation Guard:   4%  Terrorism Insurance Coverage | | $5,000 | 100% | Replacement Cost | |
| Equipment Breakdown | | | $5,000 | | | |

Business Income - Rental Property: Actual Loss Sustained
Special Form
Period of Restoration - 72 Hour Time Period is Eliminated



# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| **DESCRIPTION OF PREMISES** | Premises  0043 | **Building**  003 |
|---|---|---|

**Building Address**                **Construction/Protection Class**

902 Northwood Dr                Construction: Frame
Murray, KY 42071                Protection Class 06

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

### COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $445,728 Special Form | | $5,000 | 100% | Replacement Cost | |

Wind and Hail Deductible:   $10,000
Inflation Guard:   4%
Terrorism Insurance Coverage

Equipment Breakdown
                $5,000

Business Income - Rental Property: Actual Loss Sustained
                Special Form
Period of Restoration - 72 Hour Time Period is Eliminated


# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| DESCRIPTION OF PREMISES | Premises 0043 | Building 004 |
|---|---|---|

### Building Address

902 Northwood Dr
Murray, KY 42071

### Construction/Protection Class

Construction: Frame
Protection Class 03

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $505,264 | Special Form | $5,000 | 100% | Replacement Cost | |

Wind and Hail Deductible:  $10,000
Inflation Guard:  4%
Terrorism Insurance Coverage

| Equipment Breakdown | | | $5,000 | | | |
|---|---|---|---|---|---|---|

Business Income - Rental Property: Actual Loss Sustained
Special Form
Period of Restoration - 72 Hour Time Period is Eliminated

Issue Date  05/21/2021        12:38:25 PM        SP 90-01 (01/04)  Page 187 of 241

0007143        Printed:



# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| DESCRIPTION OF PREMISES | Premises 0043     Building 005 |
| --- | --- |

**Building Address**

902 Northwood Dr
Murray, KY 42071

**Construction/Protection Class**

Construction: Frame
Protection Class 03

| CLASS CODE | OCCUPANCY |
| --- | --- |
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |
| Building | $368,644 | Special Form | $5,000 | 100% | Replacement Cost | |

Wind and Hail Deductible: $10,000
Inflation Guard: 4%
Terrorism Insurance Coverage

| Equipment Breakdown | | | $5,000 | | | |

Business Income - Rental Property: Actual Loss Sustained
Special Form
Period of Restoration - 72 Hour Time Period is Eliminated

Case 1:23-cv-00041 Document 1-1 Filed 06/20/23 Page 40 of 137 PageID #: 45



# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| DESCRIPTION OF PREMISES | Premises 0043 | Building 006 |
|---|---|---|

### Building Address

902 Northwood Dr
Murray, KY 42071

### Construction/Protection Class

Construction: Frame
Protection Class 03

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $505,264 | Special Form | $5,000 | 100% | Replacement Cost | |

Wind and Hail Deductible: $10,000
Inflation Guard: 4%
Terrorism Insurance Coverage

| Equipment Breakdown | | | $5,000 | | | |
|---|---|---|---|---|---|---|

Business Income - Rental Property: Actual Loss Sustained
Special Form
Period of Restoration - 72 Hour Time Period is Eliminated



# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| DESCRIPTION OF PREMISES | Premises 0043 Building 007 |
|---|---|

**Building Address**

902 Northwood Dr
Murray, KY 42071

**Construction/Protection Class**

Construction: Frame
Protection Class 03

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $505,264 Special Form<br>Wind and Hail Deductible: $10,000<br>Inflation Guard: 4%<br>Terrorism Insurance Coverage | | $5,000 | 100% | Replacement Cost | |
| Equipment Breakdown | | | $5,000 | | | |

Business Income - Rental Property: Actual Loss Sustained
Special Form
Period of Restoration - 72 Hour Time Period is Eliminated

Case 1:23-cv-00041 Document 1-1 Filed 06/26/23 Page 42 of 137 PageID #: 47



**STATE AUTO**
Insurance Companies

PBP 2864751    02

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| DESCRIPTION OF PREMISES | Premises 0043    Building 008 |
|---|---|

| **Building Address** | **Construction/Protection Class** |
|---|---|
| 902 Northwood Dr<br>Murray, KY 42071 | Construction: Frame<br>Protection Class 03 |

| CLASS CODE | OCCUPANCY |
|---|---|
| 0311 | Apartment |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $45,849  Special Form | | $5,000 | 100% | Replacement Cost | |

Wind and Hail Deductible:   $10,000
Inflation Guard:   4%
                  Terrorism Insurance Coverage

| Equipment Breakdown | | | $5,000 | | | |
|---|---|---|---|---|---|---|

Business Income - Rental Property: Actual Loss Sustained
                  Special Form
      Period of Restoration - 72 Hour Time Period is Eliminated

Issue Date   05/21/2021


# FORMS AND ENDORSEMENTS
## APPLICABLE TO THE COMMERCIAL PROPERTY COVERAGE PART

| NEW | FORM OR ENDORSEMENT AND EDITION DATE | ENDORSEMENT TITLE (Only the endorsement titles are shown below, please review the form for a complete description of coverage.) |
|---|---|---|
| | CP 00 90 07 88 | Commercial Property Conditions |
| | CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| | CP 00 10 10 12 | Building and Personal Property Coverage Form |
| | IL 09 52 01 15 | Cap on losses from Certified Acts of Terrorism |
| | CP 01 66 09 00 | Kentucky Changes |
| | CP 10 30 10 12 | Causes of Loss-Special Form |
| | SP 00 19 09 16 | Equipment And Technology Breakdown Coverage |
| | SP 10 07 10 16 | Premier Property Plus Endorsement |
| | CP 00 30 10 12 | Business Income (And Extra Expense) Coverage Form |
| | CP 15 56 06 07 | Business Income Changes - Beginning Of The Period Of Restoration (No Waiting Period) |
| | CP 12 18 10 12 | Loss Payable Provisions |
| | SP 00 15 01 05 | Business Income Changes |
| * | IL 09 85 01 15 | Disclosure Pursuant to Terrorism Risk Insurance Act |

*Indicates a new form has been added or a replacement form has been substituted for one of an earlier edition.  Please retain all forms.

Case 1:23-cv-00044-DCB   Document 1-1   Filed 06/20/23   Page 8 of 137 PageID #: 49


# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

**COMMERCIAL GENERAL LIABILITY COVERAGE LIMITS OF INSURANCE:**

| | | |
|---|---|---|
| Each Occurrence Limit | $1,000,000 | |
|     Damage To Premises Rented To You Limit | $100,000 | Any One Premises |
|     Medical Expense Limit | $5,000 | Any One Person |
| Personal And Advertising Injury Limit | $1,000,000 | Any One Person or Organization |
| General Aggregate Limit | $2,000,000 | |
| Products - Completed Operations Aggregate Limit | $2,000,000 | |

**AUDIT PERIOD**

Annual

**EMPLOYEE BENEFITS LIABILITY LIMITS OF INSURANCE**

**THIS POLICY PROVIDES CLAIMS-MADE COVERAGE. PLEASE READ THE ENTIRE POLICY CAREFULLY.**

| | |
|---|---|
| Each Employee Limit | $1,000,000 |
| Aggregate Limit | $2,000,000 |
| Deductible Amount Applicable To Each Employee | $1,000 |

Employee Benefits Liability Coverage does not apply to "wrongful acts" which occur before the retroactive date shown here:  05/12/2019

**DEDUCTIBLE LIABILITY SCHEDULE  (See  CG 03 00 for complete details)**

| Coverage | Deductible Amount | Basis |
|---|---|---|
| Property Damage Liability | $250 | Per Claim |

APPLICATION OF DEDUCTIBLE - see endorsement  CG 03 00 for any limitation on the application of this deductible.

Case 1:23-cv-00041  Document 1-1   Filed 06/20/23   Page 45 of 137 PageID #: 50



# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| SCHEDULE OF PREMISES - All Premises You Own, Rent or Occupy | PREMISES  0001 |
|---|---|

| Location Address | Territory |
|---|---|
| 1001 Airport Rd<br>Fulton, KY 42041 | 503 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 60010 | Apartment Buildings<br>Product-Completed Operations Are Included, Subject To The General Aggregate Limit |

| PREMIUM BASIS | 24 Units |
|---|---|

|  | Per | Premises/Operations | Products/Completed Operations |
|---|---|---|---|
| RATE | 1 | | |
| ADVANCE PREMIUMS | | | |

Case 1:23-cv-00041  Document 1-1  Filed 06/20/23  Page 46 of 137 PageID #: 51



# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| SCHEDULE OF PREMISES - All Premises You Own, Rent or Occupy | PREMISES 0005 |

| Location Address | Territory |
| --- | --- |
| 1080 Us Highway 41a<br>Dixon, KY 42409 | 503 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
| --- | --- |
| 60010 | Apartment Buildings<br>Product-Completed Operations Are Included, Subject To The General Aggregate Limit |

| PREMIUM BASIS | 20 Units |
| --- | --- |

| | Per | Premises/Operations | Products/Completed Operations |
| --- | --- | --- | --- |
| RATE | 1 | | |
| ADVANCE PREMIUMS | | | |



# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| SCHEDULE OF PREMISES - All Premises You Own, Rent or Occupy | PREMISES 0005 | Continued |
|---|---|---|

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 61224 | Building Or Premises-Office-Premises Occupied By Employees Of The Insured N Not-For-Profit Product-Completed Operations Are Included, Subject To The General Aggregate Limit |

| PREMIUM BASIS | 650 Square Feet |
|---|---|

| | Per | Premises/Operations | Products/Completed Operations |
|---|---|---|---|
| RATE | 1000 | | |
| ADVANCE PREMIUMS | | | |

Issue Date 05/21/2021 12:38:25 PM    SL-56 01 (07/04)   Page 005 of 042

0007172   Printed:



# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| SCHEDULE OF PREMISES - All Premises You Own, Rent or Occupy | PREMISES 0008 |
|---|---|

| **Location Address** | **Territory** |
|---|---|
| 320 Indiana St<br>Mayfield, KY 42066 | 503 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 60010 | Apartment Buildings<br>Product-Completed Operations Are Included, Subject To The General Aggregate Limit |

| PREMIUM BASIS | 23 Units |
|---|---|

| | Per | Premises/Operations | Products/Completed Operations |
|---|---|---|---|
| RATE | 1 | | |
| ADVANCE PREMIUMS | | | |

| SCHEDULE OF PREMISES - All Premises You Own, Rent or Occupy | PREMISES 0009 |
|---|---|

| **Location Address** | **Territory** |
|---|---|
| 520 Cadiz St<br>Princeton, KY 42445 | 503 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 60010 | Apartment Buildings<br>Product-Completed Operations Are Included, Subject To The General Aggregate Limit |

| PREMIUM BASIS | 20 Units |
|---|---|

| | Per | Premises/Operations | Products/Completed Operations |
|---|---|---|---|
| RATE | 1 | | |
| ADVANCE PREMIUMS | | | |



# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| SCHEDULE OF PREMISES - All Premises You Own, Rent or Occupy | PREMISES 0043 |
| --- | --- |

| Location Address | Territory |
| --- | --- |
| 902 Northwood Dr<br>Murray, KY 42071 | 503 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
| --- | --- |
| 60010 | Apartment Buildings<br>Product-Completed Operations Are Included, Subject To The General Aggregate Limit |

| PREMIUM BASIS | 48 Units |
| --- | --- |

| | Per | Premises/Operations | Products/Completed Operations |
| --- | --- | --- | --- |
| RATE | 1 | | |
| ADVANCE PREMIUMS | | | |

Case 1:23-cv-00041   Document 1-1   Filed 06/30/23   Page 50 of 137 PageID #: 55

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;
2. Pollutant Clean-up And Removal;
3. Increased Cost Of Construction; and
4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

```
   $ 60,100
 -      250
   $ 59,850 Loss Payable – Building 1
```

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

   (1) Notify the police if a law may have been broken.

   (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

   (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

   (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage

© Insurance Services Office, Inc., 2011

Case 1:23-cv-00041   Document 1-1   Filed 06/20/23   Page 51 of 137 PageID #: 56



# EXHIBIT B

## STATE AUTO
Insurance Companies

*CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*
*RECEIPT NO:*
*AND REGULAR MAIL*

Jun 30, 2022

Volunteer Management & Development Company, Inc.
Attn: Chris Tursky & Tyler Tursky
60 Miller Avenue
Jackson, TN 38305

| | |
|---|---|
| Our Insured: | Volunteer MGMT & Development Company, Inc. |
| Policy No: | PBP2864751 |
| File Number: | PR-0000000-400349 |
| Date of Loss: | 12/10/2021 |
| Locations: | 73 Hobbs Street, Arlington, KY 42021 |
| | 205 Ringo Drive, Clinton, KY 42031 |
| | 1230 Ellington Pkwy, Lewisburg, TN 37091 |
| | 1520 Glen Avenue, Lewisburg, TN 37091 |
| Company: | State Auto Property & Casualty Insurance Company |
| NAIC No: | 25127 |

### PARTIAL DECLINATION

Dear Mr. Tursky:

I write on behalf of State Auto Property & Casualty Insurance Company ("State Auto"). State Auto is in receipt of the supplemental claim presented by Volunteer Management & Development Company, Inc., for a building exterior storm loss at your four above listed locations under policy number PBP2864751. Damage claimed is for the date of loss, 12/10/21.

We initially inspected, adjusted, and paid for the actual cash value minor damages. Our recent engineering inspection finds no additional damage and unrelated non covered damages.

Please see damage and coverage evaluation below:

Corporate Headquarters 518 East Broad Street Columbus, Ohio 43215    614.464.5000    StateAuto.com

## I. FACTUAL BACKGROUND

12/10/21.....Mayfield, Kentucky tornado loss date
12/11/21.....claim was reported to State Auto Insurance
12/12/21......loss site inspected by our GA Jeff Maday
01/18/22......additional claim for other locations reported to State Auto Insurance
01/18/22......loss sites inspected by our CAT adjuster Aaron Rundberg
03/07/22......actual cash value payments issued for all loss sites
04/01/22......received letter of representation from public adjuster William Griffin, Griffin Loss Consultants
06/01/22......our hired engineers, Ben Hall and Noah Monhemius, EES Group, inspected additional loss sites

In review of EES Group's inspection report, no additional covered storm damage was discovered. In addition, older wind and hail, mechanical, and wear/tear damages were discovered. I have attached EES Group's report for your review.

**THE EES GROUP REPORT WAS REFUTED IN ITS ENTIRETY AND THEIR PHOTOS SHOWED DAMAGE THAT WAS COVERED BUT CARRIER DID NOT PAY FOR NOR DID ENGINEERS CORRECT THE ERRORS.**

## II. STATE AUTO POLICY

State Auto issued Businessowners Policy No. PBP2864751 to Volunteer Management & Development Company, Inc., for the policy period of 05/12/2021 – 05/12/2022 (the "State Auto Policy"). The State Auto Policy provides coverage pursuant to form (CP0010 10/12) and various endorsements. THE READINGS WERE TAKEN MILES AWAY.

We quote pertinent portions of the State Auto Policy in the letter below. The provisions in the letter are for your ease of reference and are not intended to be an exhaustive list of all policy terms, conditions, and exclusions that may ultimately apply to the issues presented in this matter. Please see the State Auto Policy for its complete terms and conditions.

### A. Wind and hail damage outside of the date of loss and coverage period, mechanical and wear/tear damage are not covered under this policy    NONE HAS BEEN CLAIMED.

Pursuant to Building and Personal Property Coverage Form (CP0010 10/12), coverage applies to direct physical loss of or damage to Covered Property:

### A. Coverage
We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.
### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.
**a.** **Building...**

**3. Covered Causes Of Loss**
See applicable Causes Of Loss form as shown in the Declarations.

**B. Exclusions And Limitations**
See applicable Causes Of Loss form as shown in the Declarations.

Next, please see Causes of Loss - Special Form (CP1030 10/12)

A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

B. Exclusions

2. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

d.(1) Wear and tear; At no time has this condition been submitted as a cause of these losses

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.


Next, please see Commercial Property Conditions (CP0090 07/88)

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.         THIS IS WHY YOU HAVE TO PARTICIPATE IN
                                                              APPRAISAL WHEN DEMANDED.
**H. POLICY PERIOD, COVERAGE TERRITORY**
Under this Coverage Part:
1.  We cover loss or damage commencing:
    a.   During the policy period shown in the Declarations; and
    b.   Within the coverage territory.


State Auto reserves its rights under the policy provisions cited above and all other provisions of the Policy. State Auto does not waive any provisions of the Policy.

**IV.     CONCLUSION**

We are always willing to reconsider our coverage evaluation in light of any new or additional facts, information, evidence, reported case law or federal statute. If you are aware of any new or additional facts, information, evidence, reported case law or federal statute which would

State Auto has been in possession of our information and it was provided to EES as well. However, it was not given to the engineers prior to their inspection and thus could not have been properly considered. (see rebuttal attached)

EES WAS GIVEN A COPY OF EVERYTHING WEEKS IN ADVANCE.

have any bearing on the coverage issues outlined in this correspondence, please provide the same to us as soon as possible and we will give any new information due consideration. Please be advised, however, that our invitation to submit additional information or documentation is made without waiving or limiting State Auto's coverage position as stated in this letter.

This letter is not intended to, nor should it be construed as, setting forth all coverage defenses that may arise in connection with the claim. We specifically reserve all of our rights under the Policy and the laws of the States of Kentucky & Tennessee and no waiver or estoppel of any kind is intended, nor should it be inferred. State Auto reserves its rights under the Policy and applicable law to cite additional policy provisions and defenses as may be appropriate. By limiting policy references to the policy language cited above, State Auto does not waive any other provisions of the Policy. The Policy in its entirety is incorporated by reference as though fully set forth in this letter.    APPRAISAL IS A TERM AND CONDITION OF THE POLICY.

Please let me know if you have any questions.

Respectfully,


Mike Wakefield, CPCU, AIC
CARE Manager / EGA
State Auto Insurance Companies
Phone: 614-301-5769

cc: Griffen Loss Consultants,
    Commercial Insurance Associates, LLC



June 29, 2022

Mr. Mike Wakefield
State Auto Insurance
P.O. Box 182822
Columbus, OH 43218

**RE:** **Hail and Wind Damage Assessment at the Volunteer Management Properties, 73 Hobbs Street, Arlington, KY 42021, 205 Ringo Drive, Clinton, KY 42031, 1230 South Ellington Parkway, Lewisburg, TN 37091, and 1520 Glenn Avenue, Lewisburg, TN 37091 (22-388-BJH).**

Dear Mr. Wakefield:

In accordance with your May 12, 2022 request, EES Group, Inc. (EES) performed inspections on June 1-2, 2022 to assess the buildings for storm-related damages. These were visual inspections of readily observable surfaces only. No destructive testing or collection/analysis of materials was undertaken during these assessments. This report summarizes our findings.

**INSPECTION INFORMATION:**

| | |
|---|---|
| **Insured:** | Volunteer Management |
| **Claim #:** | PR-0000000-400349 |
| **Date of Loss:** | December 10, 2021 |
| **Date and Time of Inspections:** | June 1, 2022; 8:00 A.M. to 5:00 P.M.<br>June 2, 2022 8:00 A.M. to 5:00 P.M. |
| **Inspected by:** | Mr. Benjamin J. Hall, P.E.<br>Mr. Noah P. Monhemius, RRC, Project Engineer |

Columbus (Home Office) 6321 Irelan Place, Dublin, OH 43016 | (800) 471-9263 Toll Free | www.eesgroupinc.com
Serving Ohio, Indiana, Kentucky, Michigan, Pennsylvania, Tennessee, West Virginia

Case 1:_____ Document ___ Filed 05/2023 Page 57 of 137 PageID #: 62

## 73 HOBBS STREET, ARLINGTON, KY 42021

**Building Information:** The complex consisted of two apartment buildings. The exteriors of the buildings were clad with ribbed metal panels and vinyl siding. The roof surfaces were covered with ribbed metal panels. A layout of the apartment complex is shown in Figure 1:



**Figure 1: Complex Layout**

**EES Inspection Observations:** Observations made during the inspection of the exterior and roof surfaces of the buildings are summarized below; photographs are provided in Appendix A. *See our attached photo report of the slopes showing circled damage to the metal roof panels (aerial wide angles) Detailed photos accompany.*

**Building #1 – "Building B"**

*Exterior Inspection:*

> The exteriors were clad with ~3' wide ribbed metal panels. The gable walls were clad with ~9" wide double-lap vinyl siding.

> Spatter marks, up to ~1/2" in diameter, were present to the siding and electric meters throughout the north and west elevations. No dents were present at the spatter mark locations. The orientation of the spatter marks indicated the hail arrived from the northwest.

> The four (4) downspouts on the west elevation, ~10' long each, contained dents consistent with hailstone impacts which measured up to ~3/8" in width. Spatter marks were present at the dents. *They are confirming damage covered under the policy*

> The remaining exterior surfaces were clear of damage attributable to hailstone impacts and/or wind forces. *This is not true and is refuted in its entirety by our photo report*

*Roof Inspection:*

➤ The roof surfaces were clad with ~3' wide ribbed metal panels. The roof pitch measured ~4:12.

➤ Spatter marks, up to ~1/2" in diameter, were present to the roof panels. No dents were present at the spatter mark locations. The orientation of the spatter marks indicated the hail arrived from the northwest. This is false

➤ A total of two (2) ~18" diameter turbine vents contained dents consistent with hailstone impacts up to ~3/8" in width. Spatter marks were present at the dents.

➤ The remaining roof surfaces were clear of damage attributable to hailstone impacts and/or wind forces.

## Building #2 – "Building A"

*Exterior Inspection:*

➤ The exteriors were clad with ~3' wide ribbed metal panels. The gable walls were clad with ~9" wide double-lap vinyl siding.

➤ Spatter marks, up to ~1/2" in diameter, were present to the siding and electric meters throughout the north and west and elevations. No dents were present at the spatter mark locations. The orientation of the spatter marks indicated the hail arrived from the northwest.

➤ The vinyl siding contained sporadic areas of wavy panels and indentations not consistent with storm-related damages (i.e., wind forces or hailstone impacts).

➤ The northwest downspout on the north elevation, ~20' long, contained dents consistent with hailstone impacts which measured up to ~3/8" in width. Spatter marks were present at the dents. Covered damage

➤ The remaining exterior surfaces were clear of damage attributable to hailstone impacts and/or wind forces.

*This is not true as our report photos clearly depict and document the tree and wind debris to the roof, siding, and brick cladding. The only way to miss this damage was to not*

*Roof Inspection:*

➤ The roof surfaces were clad with ~3' wide ribbed metal panels. The roof pitch measured ~4:12.

➤ Spatter marks, up to ~1/2" in diameter, were present to the roof panels. No dents were present at the spatter mark locations. The orientation of the spatter marks indicated the hail arrived from the northwest. This is false and the photos are prima facie

*The turbines are damaged yet carrier as not paid*

➤ A total of two (2) ~18" diameter turbine vents contained dents consistent with hailstone impacts up to ~3/8" in width. Spatter marks were present at the dents.

➤ The remaining roof surfaces were clear of damage attributable to hailstone impacts and/or wind forces. *This assessment is inaccurate and was written solely to deny coverage through misrepresentation of material facts.*

EEs Group                                    Engineering & Environmental Services, Inc.

**Discussions:**   Discussions pertaining to EES' observations and conclusions are provided below.

## WEATHER DATA

**NWS Wind Data:**   Wind data was researched from the National Weather Service (NWS) Paducah Weather Station (the closest reporting stations to the subject property) for December 2021.  Results are provided below.  *Experts should not use weather data from a source 36 miles away. Useless*

➤ **NWS Paducah December 2021:**  The maximum two-minute wind and the highest peak gust wind speeds reported in December 2021 ranged up to 25 MPH and 51 MPH, respectively, on December 10, 2021.  The winds on this date arrived primarily from the south.

The reported peak gust wind speeds from the NWS at the Paducah Weather Station in December 2021 did not exceed 90 MPH, the resistance threshold prescribed under Kentucky building codes since ~2000.  Further, the reported two-minute wind speeds did not exceed 70 MPH, the threshold prescribed in Kentucky building codes prior to 2000.  *To state the winds on the day of the Tornado outbreak were within threshold acceptance is ludicrous. To deny coverage based upon this report is criminal and should be investigated.*

**NWS Tornado Data:**  EES researched several tornado events on the NWS' website. Results follow.  *Why would an expert use data from 2019 36 miles from the subject property to be considered in a coverage decision for structures with obvious wind and hail damage*

➤ **June 23, 2019:**  Three different tornados (all EF-1) struck down in Carlisle, McCracken, and Ballard Counties.  The subject property was well outside all three tornado paths (https://www.weather.gov/pah/jun23severe).

➤ **December 10-11, 2021:**  An EF-4 tornado passed through northwest Tennessee and southwest Kentucky.  The tornado passed through nearby Mayfield, KY; however, the tornado path did not pass through Arlington, KY where the subject property was located (https://www.weather.gov/pah/December-10th-11th-2021-Tornado).

*Our team personally witnessed severe structural damage within 1 mile of subject property and tree damage to the bldgs here. Local contractors and tree companies reported extensive damage to structures.*



**Figure 2 – NWS Tornado Path – December 10 and 11, 2021**

EEs Group                                                          Engineering & Environmental Services, Inc.

**CoreLogic™ Hail Verification Report:**  A Hail Verification Report™ from CoreLogic Spatial Solutions, LLC was provided to EES and reviewed for the subject property.  The address-specific report gives a history of hail-fall activity at the location and within 1, 3, and 10 miles from January 1, 2009 through June 13, 2022.  It accomplishes this with the use of their HailScope™ "verification algorithm" which assesses hail equal to or greater than 3/4" falling within a 10-mile radius of the address and produces a report of the dates and sizes of the hail.  The Hail Verification Report™ is reproduced below as Figure 3.

 CoreLogic

Weather Verification Services

**Hail Verification Report**

This property damage did not even require this type of report as there is sufficient visible damages from the wind and tree to support our estimates

| Claim or Reference # | 22-388-BJH |
|---|---|
| Insured/Property Owner | State Auto-Volunteer Mgmt (Hobbs)-Wind |
| Address | 14 Hobbs St Arlington, KY 42021 |
| Coordinates | Latitude 36.78872, Longitude -89.010335 |
| Date Range | Jan 01, 2009 to Jun 13, 2022 |
| Report Generated | June 14th, 2022 at 17:44:57 UTC |

**Storm Events**

| Date | At Location | Estimated Maximum Hail Size | | |
|---|---|---|---|---|
| | | Within 1 mi / 1.61 km | Within 3 mi / 4.83 km | Within 10 mi / 16.09 km |
| May 18, 2022 | -- | 0.75 in / 1.91 cm | 0.9 in / 2.29 cm | 0.9 in / 2.29 cm |
| Dec 5, 2021 | -- | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |
| Apr 26, 2017 | -- | -- | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |
| Jun 28, 2015 | -- | -- | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |

**Figure 3: CoreLogic Hail Verification Report for the Subject Property**

Review of the information in the figure above indicated that 0.75" diameter hail fell within one mile of the subject property on May 18, 2022.  Additionally, hail up to 0.8" diameter hail fell within one mile of the subject property on December 5, 2021.

Note, hail sizes less than 0.75" in diameter may have fallen at the subject property and gone unreported. At least they admit it and we have provided photo proof in our report.

**Determining Hail Size:**  The size (diameter) of the hail which likely fell on the subject property was approximated by inspection of the metal surfaces and measurements of the impact marks which appeared consistent with hail-strikes.  For hailstones measuring up to 2" in diameter, the hailstone size typically ranges from 1-1/2 to 2-1/2 times the diameter of the inner dent created upon impact with the most common metal surfaces on average (Petty 2013).  The inner dents of the impact marks observed on the metal surfaces measured up to ~3/8" in diameter indicating the hailstones may have ranged conservatively from ~9/16" to ~15/16" in diameter.  Taking into account the average multiplier and the maximum inner dent diameter, the hail that struck the property likely was ~3/4" in diameter.

This statement on determining hail size is presented solely to defeat the insureds claim for legitimate damage covered under their policy. No governing standards or reference to authority to support these statements is presented and should be disallowed

EEs Group                                      Engineering & Environmental Services, Inc.

**Hail-Spatter Marks:** When hailstones strike metal surfaces, they leave behind a spatter mark in the oxidation layer. It typically takes one to two years for the surface to re-oxidize and cover the mark. Thus, when dents consistent with hailstone impacts are found on metal surfaces without spatter marks this is an indicator that the dents were caused by an older hailstorm event. *This opinion irrelevant to the reported damages*

The dents to the subject metal surfaces (downspouts and turbine vents) contained spatter marks which indicated they were relatively fresh. Also, spatter marks were present to the exterior and roof metal panels; however, no dents were at the spatter locations which indicated the hailstones were not of sufficient size to cause damage to the ribbed metal panels. *we have clearly marked and photographed the damage to this roof*

**Conclusions:** Based on the information gained during the inspection; review of weather data, building codes, and information from industry literature; and our professional experience, EES has arrived at the following conclusions:

➢ The exterior and roof surfaces were clear of damages attributable to wind forces.

➢ The hail that impacted the property was ~3/4" in diameter. The orientation of the dents and spatter marks indicated that the hailstorm arrived from the west/northwest. The components (turbine vents) which were affected by hail impacts are provided in the observations section of this report.

➢ A review of weather data indicated hail of that magnitude was present within the area of the subject property on May 18, 2022 and December 5, 2021 (i.e., multiple storms). The damage was likely attributed to the May 18, 2022 or earlier hail event.

Please note that EES was in possession of our detailed estimates and photo reports at the time of this inspection showing all claimed damages and their specific locations on the properties, yet they did not provide our report to their "experts" even after I requested that they review our findings before issuing any opinions stating "no damage" or that could result in a denial of coverage to the insured. Clearly, they refused to consider the facts of this loss. They do not even mention the tree wind damage that was submitted.

EES does not provide reference support for the industry literature they rely on for their opinions and they omit blatant siding and tree and other wind damages to the roof and exteriors of the buildings on the property, and ignore damages we presented for payment.

Brick damage was not inspected or documented by EES as shown in our report

## 205 RINGO DRIVE, CLINTON, KY 42031

**Building Information:**   The complex consisted of four apartment buildings and one mail room.  The exteriors of the buildings were clad with brick masonry and vinyl siding. The roof surfaces were covered with three-tab asphalt shingles.   A layout of the apartment complex is shown in Figure 4:



**Figure 4: Complex Layout**

**EES Inspection Observations:**   Observations made during the inspection of the exterior and roof surfaces of the buildings are summarized below; a summary of damages is provided in Table 1; photographs are provided in Appendix B

**Building #1 – "Building C Units 17-20"**

*Exterior Inspection:*

➢      The exteriors were clad with ~9" wide double-lap vinyl siding and brick masonry.

➢      The siding contained shatter marks consistent with mechanical damage.  Several pieces contained face-nailed repairs.

➢      A couple sections of siding on the east elevation were unlapped but otherwise free of damage.  The condition was not consistent with wind forces, but rather showed signs of long-term expansion and contraction combined with improper installation.

➢      The downspouts contained dents and scrapes consistent with mechanical damages.

EEs Group                                                        Engineering & Environmental Services, Inc. ®

➢ The tops of the gutters contained dents, measuring ~1/2" in width, consistent with hailstone impact. Spatter marks were present at the dents.

➢ The remaining exterior surfaces were clear of damage attributable to hailstone impacts and/or wind forces.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Starter strips and drip edge were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ A total of two (2) ~18" diameter turbine vents and four (4) slant-back box vents contained dents consistent with hailstone impacts up to ~1/2" in width. Spatter marks were present at the dents.

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ One shingle tab on the south slope was torn. The shingle tab was sealed to the roof. The dull grey exposed fiberglass fibers indicated the condition was older.

➢ One shingle tab on the north slope was torn. The dull grey exposed fiberglass fibers indicated the condition was older.

➢ The roof surfaces were clear of damage attributable to wind forces.

**Building #2** – "Building D Units 21-24"

*Exterior Inspection:*

➢ The exteriors were clad with ~9" wide double-lap vinyl siding and brick masonry.

➢ The downspouts contained dents and scrapes consistent with mechanical damages.

➢ The tops of the gutters contained dents, measuring ~1/2" in width, consistent with hailstone impact. Spatter marks were present at the dents.

➢ The remaining exterior surfaces were clear of damage attributable to hailstone impacts and/or wind forces.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Starter strips and drip edge were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ A total of two (2) ~18" diameter turbine vents contained dents consistent with hailstone impacts up to ~1/2" in width. Spatter marks were present at the dents.

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

EEs Group                                    Engineering & Environmental Services, Inc. ®

➢ One (1) shingle tab on the west-facing slope contained a diagonal crease. The dark color of the crease line indicated the damage was fresh. The delamination present beneath the shingle tab indicated the damage was mechanical in nature and not consistent with wind forces. The tab was located within the field of the roof slope. **THIS IS DAMAGE AND THEY DID NOT COMPARE OUR PHOTOS**

➢ Two (2) shingle tabs on the south-facing slope were creased. The dark color of the crease line indicated the damage was fresh. The delamination present beneath the shingle tab indicated the damage was mechanical in nature and not consistent with wind forces. The tab was located within the field of the roof slope.

➢ One (1) shingle tab on the north-facing slope was creased/torn. The dark color of the crease line and underlying shingle indicated the damage was fresh. The delamination present beneath the shingle tab indicated the damage was mechanical in nature and not consistent with wind forces. The tab was located within the field of the roof slope. **DAMAGE THAT IS COVERED AND OUR ESTIMATE IS CORRECT**

➢ The roof surfaces were clear of damage attributable to wind forces.

**Building #3 –** "Building B Units 9-12 & 13-16"

*Exterior Inspection:*

➢ The exteriors were clad with ~9" wide double-lap vinyl siding and brick masonry.

➢ The downspouts contained dents and scrapes consistent with mechanical damages.

➢ Small spatter marks were present on the shutters on the south elevation. No damage was observed at the spatter mark locations.

➢ The tops of the gutters contained dents, measuring ~1/2" in width, consistent with hailstone impact. Spatter marks were present at the dents.

➢ The remaining exterior surfaces were clear of damage attributable to hailstone impacts and/or wind forces.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Starter strips and drip edge were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ A total of two (2) ~18" diameter turbine vents and five (5) slant back box vents contained dents consistent with hailstone impacts up to ~1/2" in width. Spatter marks were present at the dents.

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ A shingle tab was present on the north-facing slope; however, no missing shingle tabs were on the roof. The debris under the tab indicated the tab had been in that position for an extended period of time.

EEs Group                                                    Engineering & Environmental Services, Inc.®

➢ One shingle tab on the south-facing slope contained a diagonal crease. Heavy sealant repairs were present to the shingle tab. The shingle tab was sealed. The dull grey exposed fiberglass fibers indicated the condition was older.

➢ The roof surfaces were clear of damage attributable to wind forces.

**Building #4 –** "Building A Units 1-4 & 5-8"

*Exterior Inspection:*

➢ The exteriors were clad with ~9" wide double-lap vinyl siding and brick masonry.

➢ The downspouts contained dents and scrapes consistent with mechanical damages.

➢ Small spatter marks were present on the shutters on the south elevation. No damage was observed at the spatter mark locations.

➢ Shingle debris was observed in the south yard. The debris appeared to have been cut as opposed to damage from wind forces.

➢ One piece of siding, measuring ~10' long, was on the ground at the east elevation. The piece was still intact and clear of tearing consistent with wind forces. The section of siding should be reinstalled.

➢ The tops of the gutters contained dents, measuring ~1/2" in width, consistent with hailstone impact. Spatter marks were present at the dents.

➢ The remaining exterior surfaces were clear of damage attributable to hailstone impacts and/or wind forces.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Starter strips and drip edge were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ A total of two (2) ~18" diameter turbine vents and five (5) slant back box vents contained dents consistent with hailstone impacts up to ~1/2" in width. Spatter marks were present at the dents.

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ Several areas of replacement shingles were on the south-facing slope: ~5 near the ridge at the east end, ~2 within the field of the roof slope, ~15 near the ridge at the west end, and ~1 near the west eave. Further observations follow:

     • The replacement shingles were dimensional shingles, not three-tab like the shingles on the remainder of the roof slope.

EEs Group           Engineering & Environmental Services, Inc. ®

- Three (3) shingle tabs were missing in the course above the replacement shingles at the west end near the ridge. The dull color of the exposed underlying shingles indicated the condition was older. The missing tabs were consistent with damaged tabs during replacements as opposed to damage attributable to wind forces. No hand dabbing to resecure the now missing shingle tabs was apparent (i.e., improper replacement shingle installment).

- One (1) shingle tab was missing above the replacement shingles at the east end near the ridge. The dull color of the exposed underlying shingles indicated the condition was older. The missing tabs were consistent with damaged tabs during replacements as opposed to damage attributable to wind forces. No hand dabbing to resecure the now missing shingle tabs were apparent (i.e., improper replacement shingle installment).

➢ One shingle tab was missing at the east end near the rake. The dull color of the exposed underlying shingles indicated the damage was older.

➢ Two (2) shingle tabs on the north-facing slope were torn. The dark color of the tear line indicated the damage was fresh. The delamination present beneath the shingle tabs indicated the damage was mechanical in nature and not consistent with wind forces. The tabs were located within the field of the roof slope.

➢ Two (2) shingle tabs on the north-facing slope had weathered creases. The shingles were sealed to the roof. Sealant repairs were present to the shingle tabs.

➢ The remaining roof surfaces were clear of damage attributable to wind forces.

**Mail Room**

*Exterior Inspection:*

➢ The exteriors were clad with ~9" wide double-lap vinyl siding and brick masonry.

➢ The downspouts contained dents and scrapes consistent with mechanical damages.

➢ Small spatter marks were present on the shutters on the south elevation. No damage was observed at the spatter mark locations.

➢ The tops of the gutters contained dents, measuring ~1/2" in width, consistent with hailstone impact. Spatter marks were present at the dents.

➢ The remaining exterior surfaces were clear of damage attributable to hailstone impacts and/or wind forces.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Starter strips and drip edge were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

Engineering & Environmental Services, Inc. ®
EEs Group

➤   Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➤   One shingle tab was missing from the north slope. The dull color of the exposed underlying shingles indicated the damage was older.

➤   One (1) shingle tab on the south-facing slope was creased. The dark color of the tear line indicated the damage was fresh. The delamination present beneath the shingle tab and the multiple crease lines indicated the damage was mechanical in nature and not consistent with wind forces. The tab was located within the field of the roof slope and at a nail pop.

➤   The remaining roof surfaces were clear of damage attributable to wind forces.

# THIS REPORT IS NOT TRUE ON ITS FACE

**Damage Summary:** Table 1 below summarizes the damages observed.

### Table 1 – Ringo Drive Damage Summary

| EES Building ID | Building ID & Unit #'s | Faces | Exterior Damage[1,2] | Hail Damage to Shingles (Bruises/100 sq. ft.) | Roof Metals[3] | Wind Damage – Old Damage[2] | Wind Damage – Newer Damage[2] | Replacement Shingles[2] | Other[2] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | C - 17-20 | South | N: G S: G | 0 | (4) SBBV (2) TV | 0 | 0 | 0 | E Ext - Unlapped siding Roof - Two (2) mechanically creased shingles (S-1, N-1) |
| 2 | D - 21-24 | South | N: G S: G | 0 | (2) TV | 0 | 0 | 0 | Roof - Four (4) fresh mechanically creased shingles (S-2, N-1, W-1)) |
| 3 | B - 9-12 & 13-16 | North | N: G S: G | 0 | (5) SBBV (2) TV | 0 | 0 | 0 | S Slope - One older mechanically torn shingle |
| 4 | A - 1-4 & 5-8 | North | N: G S: G | 0 | (5) SBBV (2) TV | S - 1 N - 2 | 0 | S - 5 at E end near ridge, 1 damaged tab above  S - 2 in field  S - 1 at W eave  S - ~15 at W end near ridge, 3 damaged tabs above | E Ext - ~10' long vinyl siding piece removed near AC N Slope - 2 mechanically damaged shingle tabs |
| Mail Room | | North | N: G S: G | 0 | 0 | N - 1 | | | S Slope - One fresh mechanically creased shingle |

1 - Exterior features include gutters (G)
2 - North (N), South (S), East (E), West (W), Exterior (Ext)
3 - Standard Slant-Back Box Vent (SBBV), ~18" Diameter Turbine Vent (TV)

**Discussions:**    Discussions pertaining to EES' observations and conclusions are provided below.

## WEATHER DATA

**NWS Wind Data:**    Wind data was researched from the National Weather Service (NWS) Paducah Weather Station (the closest reporting stations to the subject property) for December 2021.  Results are provided below.

➤    **NWS Paducah December 2021:**    The maximum two-minute wind and the highest peak gust wind speeds reported in December 2021 ranged up to 25 MPH and 51 MPH, respectively, on December 10, 2021.  The winds on this date arrived primarily from the south.

The reported peak gust wind speeds from the NWS at the Paducah Weather Station in December 2021 did not exceed 90 MPH, the resistance threshold prescribed under Kentucky building codes since ~2000.  Further, the reported two-minute wind speeds did not exceed 70 MPH, the threshold prescribed in Kentucky building codes prior to 2000.

**NWS Tornado Data:**    EES researched tornado events on the NWS' website.  Results follow.

➤    **December 10-11, 2021:**    An EF-4 tornado passed through northwest Tennessee and southwest Kentucky.  The tornado passed through nearby Mayfield, KY; however, the tornado path did not pass through Clinton, KY where the subject property was located (https://www.weather.gov/pah/December-10th-11th-2021-Tornado).



**Figure 5 – NWS Tornado Path – December 10 and 11, 2021**

**CoreLogic™ Hail Verification Report:** A Hail Verification Report™ from CoreLogic Spatial Solutions, LLC was provided to EES and reviewed for the subject property. The address-specific report gives a history of hail-fall activity at the location and within 1, 3, and 10 miles from January 1, 2009 through June 13, 2022. It accomplishes this with the use of their HailScope™ "verification algorithm" which assesses hail equal to or greater than 3/4" falling within a 10-mile radius of the address and produces a report of the dates and sizes of the hail. The Hail Verification Report™ is reproduced below as Figure 6.

## WE FOUND DEBRIS STRIKES - THEY CALL IT HAIL WHERE CONVENIENT

**CoreLogic**                                    Weather Verification Services ·

### Hail Verification Report

| Claim or Reference # | 22-388-BJH |
|---|---|
| Insured/Property Owner | State Auto-Volunteer Mgmt (Ringo)-Hail;Wind |
| Address | 205 Ringo Dr<br>Clinton, KY 42031 |
| Coordinates | Latitude 36.669699, Longitude -89.000584 |
| Date Range | Jan 01, 2009 to Jun 13, 2022 |
| Report Generated | June 14th, 2022 at 18:25:20 UTC |

### Storm Events

| Date | At Location | Estimated Maximum Hail Size | | |
|---|---|---|---|---|
| | | Within 1 mi / 1.61 km | Within 3 mi / 4.83 km | Within 10 mi / 16.09 km |
| Dec 10, 2021 | — | 1 in / 2.54 cm | 1.3 in / 3.3 cm | 1.5 in / 3.81 cm |
| Apr 8, 2020 | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm | 1 in / 2.54 cm | 1 in / 2.54 cm |
| May 26, 2016 | — | — | 0.8 in / 2.03 cm | 1 in / 2.54 cm |

**Figure 6: CoreLogic Hail Verification Report for the Subject Property**

Review of the information in the figure above indicated that 1.0" diameter hail fell within one mile of the subject property on December 10, 2021. Additionally, hail up to 0.8" diameter hail fell on the subject property on April 8, 2020.
Note, hail sizes less than 0.75" in diameter may have fallen at the subject property and gone unreported.

**Determining Hail Size:** The size (diameter) of the hail which likely fell on the subject property was approximated by inspection of the metal surfaces and measurements of the impact marks which appeared consistent with hail-strikes. For hailstones measuring up to 2" in diameter, the hailstone size typically ranges from 1-1/2 to 2-1/2 times the diameter of the inner dent created upon impact with the most common metal surfaces on average (Petty 2013). The inner dents of the impact marks observed on the metal surfaces measured up to ~1/2" in diameter indicating the hailstones may have ranged conservatively from ~3/4" to ~1-1/4" in diameter. Taking into account the average multiplier and the maximum inner dent diameter, the hail that struck the property likely was ~1" in diameter.

## PURE CONJECTURE - GUESSWORK

**Hail-Spatter Marks:**  When hailstones strike metal surfaces, they leave behind a spatter mark in the oxidation layer.  It typically takes one to two years for the surface to re-oxidize and cover the mark.  Thus, when dents consistent with hailstone impacts are found on metal surfaces without spatter marks this is an indicator that the dents were caused by an older hailstorm event.

The dents to the subject metal surfaces (gutters and roof vents) contained spatter marks which indicated they were relatively fresh.  Also, spatter marks were present to the exteriors; however, no dents were at the spatter locations.

**Wind Effects to Asphalt Shingles:**  Wind traveling over and around a pitched roof surface creates both positive and negative (i.e., suction/uplift) pressures on the roofing material.  Wind-related damages to asphalt shingles on a pitched roof typically occur as a result of high suction/uplift pressures and the localized effects on the individual shingles as air flows over its surface.  Further, these higher suction/uplift pressures occur along the lower eaves, rakes, valleys, and/or ridges of the roof surface.  Hence, wind-related damages normally first appear in these locations, especially if the shingles are aged/weathered, poorly installed, and/or poorly bonded (i.e., un-adhered).  Wind damage to asphalt shingles is typically identified as lifted shingles, cracking in the shingle mat (i.e., creases), torn/missing shingles/tabs, and, in severe cases, sections of shingles displaced from the roof surface.

The roof surfaces contained a few shingles that contained damage consistent with wind forces.  A summary of the damage locations was provided within the observations and damage summary section of this report.  It should be noted, the damage appeared to be relatively older.  Also, damage was found on opposing roof slopes which was consistent with multiple historical storm events as opposed to damage from a single event.

Additionally, a few areas of missing shingle tabs were observed upslope of replacement shingles.  These shingle tabs were rendered susceptible to damage due to poor replacement shingle installation techniques.  General best practices include resealing the upslope shingles via hand dabbing (i.e., dabs of sealant to resecure the shingles to the roof surfaces after the replacement shingle has been installed).

**Mechanical Damage and Delamination:**  Damage that results from mechanical manipulation may cause delamination of the adhesive strip from the asphalt surfaces.  Delamination is apparent when portions of the granular base or asphalt mat of the adjoining shingles are torn from either shingle and are attached to the sealant strip.  Delamination of the sealant strip implies that the adhesive bonds were stronger than those between the granules and its asphalt shingle adhesive bonds, much like a weld is stronger than the adjoining metals.  This type of failure rarely occurs unless encouraged mechanically (Stephen E. Petty, Forensic Engineering: Damage Assessments for Residential and Commercial Structures, 2013).

Evidence of mechanical damage was observed to several shingle tabs on the roof slopes.  A summary of the damage locations was provided within the observations and damage summary section of this report.

# SPECULATION

**Conclusions:**   Based on the information gained during the inspection; review of weather data, building codes, and information from industry literature; and our professional experience, EES has arrived at the following conclusions:

- ➢ The exteriors were clear of damages attributable to wind damages.

- ➢ The roof surfaces contained minor areas of damages attributable to wind forces. Based on inspection observations, the damage appeared to be older and occurred over multiple storm events.  Specific damage was provided within the observations and damage summary sections of the report.

- ➢ Evidence of mechanical damage was observed to several shingle tabs on the roof slopes.  A summary of the damage locations was provided within the observations and damage summary section of this report.

- ➢ The hail that impacted the property was ~1" in diameter.  The components which were affected by hail impacts are provided in the observations section of this report.

- ➢ A review of weather data indicated hail of that magnitude was present within the area of the subject property on December 10, 2021.  The damage was likely attributed to the December 10, 2021 or earlier hail event.

## 1230 SOUTH ELLINGTON PARKWAY, LEWISBURG, TN 37091

**Building Information:**  The complex consisted of eleven apartment buildings and an office building.  The exteriors of the buildings were clad with brick masonry veneer.  The roof surfaces were covered with three-tab asphalt shingles.  A layout of the apartment complex is shown in Figure 7:



**Figure 7: Complex Layout**

**EES Inspection Observations:**  Observations made during the inspection of the exterior and roof surfaces of the buildings are summarized below; a summary of damages is provided in Table 2; photographs are provided in Appendix C.

**Building #1 – "H" Units 2467-2478**

*Exterior Inspection:*

➢ The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

➢ The ~12" wide soffits around the perimeter and the soffits within the breezeway were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impact.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The two (2) ~18" turbine vents and six (6) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

**Building #2 – "G" Units 2455-2468**

*Exterior Inspection:*

➢ The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

➢ The ~12" wide soffits around the perimeter and the soffits within the breezeway were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older. The more severe damage (i.e., missing/collapsed) to the soffit included:

- ~ 5 linear feet (LF) of the soffit at the east elevation

- ~2 LF at the north elevation

➢ The remaining exterior components were clear of damage attributable to wind forces and/or hailstone impact.

EES Group                    Engineering & Environmental Services, Inc.®

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The two (2) ~18" turbine vents and six (6) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

➢ Two shingle tabs were missing on the upper south-facing slope. The dull color of the exposed surfaces indicated the damage was older.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

**Building #3 – "I" Units 2483-2494**

*Exterior Inspection:*

➢ The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

➢ The ~12" wide soffits around the perimeter and the soffits within the breezeway were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impact.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The two (2) ~18" turbine vents and six (6) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

EEs Group                                          Engineering & Environmental Services, Inc.

**Building #4 – "K" Units 2567-2578**

*Exterior Inspection:*

➢ The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

➢ The ~12" wide soffits around the perimeter and the soffits within the breezeway were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older. The more severe damage to the soffit included:

- ~10 LF at the east elevation

➢ The remaining exterior components were clear of damage attributable to wind forces and/or hailstone impact.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The two (2) ~18" turbine vents and six (6) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

**Building #5 – "J" Units 2495-2566**

*Exterior Inspection:*

➢ The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

➢ One shutter was missing from the north elevation.

➢ Spatter marks, up to ~1/2" in width, were present on the west elevation components consistent with a more recent hail event. No damage was observed at the spatter mark locations.

➢ The ~12" wide soffits around the perimeter and the soffits within the breezeway were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

EEs Group                                                    Engineering & Environmental Services, Inc. ®

➢ The remaining exterior components were clear of damage attributable to wind forces and/or hailstone impact.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The two (2) ~18" turbine vents and six (6) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

➢ There were ~4 shingles with tears on the north slope. The dull color of the tears indicated the damage was older. Of note, heavy tree coverage and branches in contact with the roof surface were in the area.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

**Building #6 – "F" Units 2445-2454**

*Exterior Inspection:*

➢ The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

➢ The ~12" wide soffits around the perimeter and the soffits within the breezeway were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older. The more severe damage to the soffit included:

  • ~15 LF at the north elevation
  • ~12 LF at the west elevation

➢ A section of gutter, measuring ~15' long, was missing at the north gutter.

➢ The remaining exterior components were clear of damage attributable to wind forces and/or hailstone impact.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

EEs Group                                    Engineering & Environmental Services, Inc.®

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The two (2) ~18" turbine vents and six (6) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

**Building #7 – "E" Units 2437-2444**

*Exterior Inspection:*

➢ The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

➢ The ~12" wide soffits around the perimeter and the soffits within the breezeway were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older. The more severe damage to the soffit included:

- ~6 LF at the east elevation

- ~~6 LF at the west elevation

- ~17 LF at the south elevation

- ~10 LF of the breezeway soffit at the north end

➢ A section of fascia, measuring ~6' long, was missing at the east elevation.

➢ The remaining exterior components were clear of damage attributable to wind forces and/or hailstone impact.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The two (2) ~18" turbine vents and six (6) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

**Building #8 – "D" Units 2429-2434**

*Exterior Inspection:*

➢ The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

➢ The ~12" wide soffits around the perimeter and the soffits within the breezeway were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older. The more severe damage to the soffit included:

- ~12 LF at the east elevation

➢ The remaining exterior components were clear of damage attributable to wind forces and/or hailstone impact.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The one (1) ~18" turbine vents and six (6) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

➢ One of the turbine vents was missing which left a large hole in the roof exposed to the interior attic spaces.

➢ A section of the gutter guards, measuring ~24' long, was missing from the south gutter.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

**Building #9 – "A" Units 2401-2402**

*Exterior Inspection:*

➢ The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

➢ The ~12" wide soffits around the perimeter and the soffits within the breezeway were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impact.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The two (2) ~18" turbine vents and six (6) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

➢ A total of four shingle tabs had irregular tears along the bottom edges of the exposure. Further observations follow:

- Two tabs were present on the south-facing slope and two on the north-facing slope.
- The dull grey exposed fiberglass mat at the tear line indicated the condition was older.
- The damage was located in the field of the roof slopes away from the eaves.
- The tears were not consistent with damages attributable to wind forces.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

**Building #10 – "B" Units 2411-2418**

*Exterior Inspection:*

➢ The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

➢ The ~12" wide soffits around the perimeter and the soffits within the breezeway were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impact.

EEs Group                                          Engineering & Environmental Services, Inc.®

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The two (2) ~18" turbine vents and six (6) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

➢ An area of replacement gutter guards was present within the south gutter. The south gutter was pulled out from the roof. The presence of replacement gutter guards indicated long-term issues with clogged gutters. The dull exposed fascia board indicated the condition was older.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

**Building #11 – "C" Units 2421-2128**

*Exterior Inspection:*

➢ The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

➢ The ~12" wide soffits around the perimeter and the soffits within the breezeway were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older. The more severe damage to the soffit included:

- ~10 LF at the east elevation
- ~~6 LF at the west elevation

➢ The remaining exterior components were clear of damage attributable to wind forces and/or hailstone impact.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The two (2) ~18" turbine vents and six (6) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

> The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

**Office**

*Exterior Inspection:*

> The exteriors were clad with brick masonry and the breezeway was clad with ~7" wide Hardie-board.

> The exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

*Roof Inspection:*

> The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. Drip edge was present at the eaves. No starter strip/form of securement was present along the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

> Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

> The one (1) slant-back box vents contained small dents (~1/4" in diameter) consistent with hailstone impacts. Spatter marks were present in the dents.

> One partial shingle tab on the south-facing slope was missing. The dull color and lack of adhesive transfer indicated the partial shingle tab was missing for an extended period of time and likely never fully bonded.

> The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impact.

EEs Group                                                    Engineering & Environmental Services, Inc.®

**Damage Summary:** Table 2 below summarizes the damages observed.

## Table 2 – South Ellington Parkway Damage Summary

| EES Building ID | Building ID & Unit #'s | Faces | Exterior Damage[1,2] | Hail Damage to Shingles (Bruises/100 sq. ft.) | Roof Metals[3] | Wind Damage – Old Damage[2] | Wind Damage – Newer Damage[2] | Other[1,2] |
|---|---|---|---|---|---|---|---|---|
| 1 | H – 2467-2478 | South | 0 | 0 | 2 - TV<br>6 - SBBV | S - 2 | 0 | Sporadic Loose Soffits |
| 2 | G – 2455-2468 | North | E - 5 LF Soff<br>N - 2 LF Soff | 0 | 2 - TV<br>6 - SBBV | 0 | 0 | Sporadic Loose Soffits |
| 3 | I – 2483-2494 | South | 0 | 0 | 2 - TV<br>6 - SBBV | 0 | 0 | Sporadic Loose Soffits |
| 4 | K – 2567-2578 | North | E - 10 LF Soff | 0 | 2 - TV<br>6 - SBBV | 0 | 0 | Sporadic Loose Soffits |
| 5 | J – 2495-2566 | North | N - 1 missing shutter | 0 | 2 - TV<br>6 - SBBV | N - 4 | 0 | Sporadic Loose Soffits,<br>~1/2" Spatter on W Ext |
| 6 | F – 2445-2454 | South | N - 15 LF Soff<br>N - 15 LF Gut Missing<br>W - 12 LF Soff | 0 | 2 - TV<br>6 - SBBV | 0 | 0 | Sporadic Loose Soffits |
| 7 | E – 2437-2444 | South | E - 6 LF Soff<br>W - 6 LF Soff<br>E - 6 LF Fascia<br>S - 17 LF Soff<br>N - 10 LF Soff<br>Breezeway | 0 | 2 - TV<br>6 - SBBV | 0 | 0 | Sporadic Loose Soffits<br>24 LF Missing Gutter Guards in South Gut |
| 8 | D – 2429-2434 | North | E - 12 LF Soff | 0 | 2 - TV<br>6 - SBBV | 0 | 0 | Sporadic Loose Soffits,<br>1 Missing TV |
| 9 | A – 2401-2402 | North | 0 | 0 | 2 - TV<br>6 - SBBV | 0 | 0 | Sporadic Loose Soffits,<br>Four (4) mechanical damages to tabs (S-2, N-2) |
| 10 | B – 2411-2418 | North | 0 | 0 | 2 - TV<br>6 - SBBV | 0 | 0 | Sporadic Loose Soffits,<br>Replacement Gutter Guards & Gutter Pullout in S Gut |
| 11 | C – 2421-2128 | West | E - 10 LF Soff<br>W - 6 LF Soff | 0 | 2 - TV<br>6 - SBBV | 0 | 0 | Sporadic Loose Soffits |
| Office | | South | 0 | 0 | 1 - SBBV | S - 1/2 Tab | | |

1 - Exterior features include gutters (G), ~12" wide soffit (Soffit)
2 - North (N), South (S), East (E), West (W), Exterior (Ext)
3 - Standard Slant-Back Box Vent (SBBV), ~18" Diameter Turbine Vent (TV)

**Discussions:**    Discussions pertaining to EES' observations and conclusions are provided below.

## WEATHER DATA

**NWS Wind Data:**   Wind data was researched from the National Weather Service (NWS) Nashville Weather Station (the closest reporting stations to the subject property) for December 2021.  Results are provided below.

➢   **NWS Nashville December 2021:**   The maximum two-minute wind and the highest peak gust wind speeds reported in December 2021 ranged up to 47 MPH and 74 MPH, respectively, on December 11, 2021.  The winds on this date arrived primarily from the south.

The reported peak gust wind speeds from the NWS at the Nashville Weather Station in December 2021 did not exceed 90 MPH, the resistance threshold prescribed under Tennessee building codes since ~2000.  Further, the reported two-minute wind speeds did not exceed 70 MPH, the threshold prescribed in Tennessee building codes prior to 2000.

**NWS Tornado Data:**   EES researched several tornado events on the NWS' website. Results follow.

➢   **December 10-11, 2021:**  An EF-0 tornado passed through northwest Tennessee and southwest Kentucky.  The tornado passed south of the subject property (https://www.weather.gov/pah/December-10th-11th-2021-Tornado).



**Figure 8 – NWS Tornado Path – December 10 and 11, 2021**

EEs Group                                                      Engineering & Environmental Services, Inc.

**CoreLogic™ Hail Verification Report:** A Hail Verification Report™ from CoreLogic Spatial Solutions, LLC was provided to EES and reviewed for the subject property. The address-specific report gives a history of hail-fall activity at the location and within 1, 3, and 10 miles from January 1, 2009 through June 22, 2022. It accomplishes this with the use of their HailScope™ "verification algorithm" which assesses hail equal to or greater than 3/4" falling within a 10-mile radius of the address and produces a report of the dates and sizes of the hail. The Hail Verification Report™ is reproduced below as Figure 9.


CoreLogic       Weather Verification Services

**Hail Verification Report**

| Claim or Reference # | 22-388-BJH |
| --- | --- |
| Insured/Property Owner | State Auto-Volunteer Mgmt (South Ellington)-Hail;Wind |
| Address | 1230 S Ellington Pkwy<br>Lewisburg, TN 37091 |
| Coordinates | Latitude 35.429147, Longitude -86.796807 |
| Date Range | Jan 01, 2009 to Jun 22, 2022 |
| Report Generated | June 23rd, 2022 at 17:14:53 UTC |

**Storm Events**

| Date | At Location | Estimated Maximum Hail Size | | |
| --- | --- | --- | --- | --- |
| | | Within 1 mi / 1.61 km | Within 3 mi / 4.83 km | Within 10 mi / 16.09 km |
| Jun 12, 2021 | — | 0.75 in / 1.91 cm | 0.9 in / 2.29 cm | 1 in / 2.54 cm |
| Apr 24, 2021 | — | — | 0.75 in / 1.91 cm | 0.9 in / 2.29 cm |
| Mar 21, 2017 | 0.9 in / 2.29 cm | 1.3 in / 3.3 cm | 1.8 in / 4.57 cm | 1.8 in / 4.57 cm |
| Mar 9, 2017 | — | 0.75 in / 1.91 cm | 0.9 in / 2.29 cm | 1 in / 2.54 cm |
| Mar 31, 2012 | 1.4 in / 3.56 cm | 1.6 in / 4.06 cm | 1.6 in / 4.06 cm | 1.6 in / 4.06 cm |
| Mar 2, 2012 | 1 in / 2.54 cm | 1 in / 2.54 cm | 1.2 in / 3.05 cm | 1.5 in / 3.81 cm |
| Jun 18, 2011 | — | 0.8 in / 2.03 cm | 1 in / 2.54 cm | 1 in / 2.54 cm |
| Apr 10, 2009 | 0.9 in / 2.29 cm | 0.9 in / 2.29 cm | 1 in / 2.54 cm | 1.4 in / 3.56 cm |

**Figure 9: CoreLogic Hail Verification Report for the Subject Property**

Review of the information in the figure above indicated that 0.75" diameter hail fell within one mile of the subject property on June 12, 2021. Reported storms at the subject property included March 21, 2017 (0.9"), March 31, 2012 (1.4"), March 2, 2012 (1.0") and April 10, 2009 (0.9").

Note, hail sizes less than 0.75" in diameter may have fallen at the subject property on other dates not listed.

**Determining Hail Size:** The size (diameter) of the hail which likely fell on the subject property was approximated by inspection of the metal surfaces and measurements of the impact marks which appeared consistent with hail-strikes. For hailstones measuring up to 2" in diameter, the hailstone size typically ranges from 1-1/2 to 2-1/2 times the diameter of the inner dent created upon impact with the most common metal surfaces on average (Petty 2013). The inner dents of the impact marks observed on the metal surfaces measured up to ~1/4" in diameter indicating the hailstones may have ranged conservatively from ~3/8" to ~5/8" in diameter. Taking into account the average multiplier and the maximum inner dent diameter, the hail that struck the property likely was ~1/2" in diameter.

**Hail-Spatter Marks:** When hailstones strike metal surfaces, they leave behind a spatter mark in the oxidation layer. It typically takes one to two years for the surface to re-oxidize and cover the mark. Thus, when dents consistent with hailstone impacts are found on metal surfaces without spatter marks this is an indicator that the dents were caused by an older hailstorm event.

The dents to the subject metal surfaces (roof vents) contained spatter marks which indicated they were relatively fresh. Also, spatter marks were present to the exteriors; however, no dents were at the spatter locations.

**Wind Effects to Asphalt Shingles:** Wind traveling over and around a pitched roof surface creates both positive and negative (i.e., suction/uplift) pressures on the roofing material. Wind-related damages to asphalt shingles on a pitched roof typically occur as a result of high suction/uplift pressures and the localized effects on the individual shingles as air flows over its surface. Further, these higher suction/uplift pressures occur along the lower eaves, rakes, valleys, and/or ridges of the roof surface. Hence, wind-related damages normally first appear in these locations, especially if the shingles are aged/weathered, poorly installed, and/or poorly bonded (i.e., un-adhered). Wind damage to asphalt shingles is typically identified as lifted shingles, cracking in the shingle mat (i.e., creases), torn/missing shingles/tabs, and, in severe cases, sections of shingles displaced from the roof surface.

The roof surfaces contained damage consistent with wind forces. A summary of the damage locations was provided within the observations and damage summary section of this report. It should be noted, the damage appeared to be relatively older.

**Wind Effects to Exterior Claddings:** As mentioned, wind traveling over and around a structure creates both positive and negative (i.e., suction/uplift) pressures on the exterior surfaces. Therefor, all exterior claddings must be properly secured in order to prevent damages. Tennessee requires exterior components to withstand 90 MPH wind speeds. When damage to exterior claddings occurs with wind speeds well below design wind speeds, other factors are typically the reason.

The soffits around the perimeter and breezeways on the subject buildings were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. Additionally, the condition was present on all cardinal direction elevations. Close observations of the channels to which the components were fastened indicated a lack of proper securement to the substrates which rendered the soffits susceptible to below design wind speeds and/or gravitational forces.

For further review, the 2007 Vinyl Siding Institute (VSI) Installation Manual was reviewed for pertinent information regarding installation of soffits. Figure 10 below shows general steps to secure the soffit sections to the structure.

3. Insert the panel into the channel on the wall, then into the channel at the fascia board (Fig. 68).

- It might be necessary to flex the panel slightly to insert it into the second channel.

- Make certain the panel is perpendicular to the wall, then nail. Depending on the installation method being used, nails will be hammered either into a nailing strip or a fascia board.

- When using a nailing strip, do not nail tightly—allow movement for expansion. Continue the installation by locking and nailing the panels. Make certain the panels are fully locked along their entire length.

4. To turn a corner, measure from the channel at the wall corner to the channel at the corner of the fascia board (Fig. 69). Subtract 1/4" (6.4mm) for expansion. Cut and install soffit double channel lineal or back-to-back J-channel. If necessary, install nailing strips to provide backing for the lineal. Miter cut the corner soffit panels and install as described in Step 3.

5. To complete the installation, apply the utility trim and fasten the aluminum fascia cap or formed aluminum coil-stock with painted



Figure 68.

NOTE: When nailing to the fascia board, use trim nails. Drive the nail through the nail flange and "V"-shaped groove within the soffit panel (Fig. 68). This is one of the rare instances that face-nailing is permissible. Once a soffit panel is face-nailed, it will expand only in one direction, in this case, toward the receiving channel. Be sure to leave space for the full expansion allowance in the receiving channel.

**Figure 10: VSI Detail Regarding Soffit Panel Securement**

**Mechanical Damage and Delamination:**  Damage that results from mechanical manipulation may cause delamination of the adhesive strip from the asphalt surfaces. Delamination is apparent when portions of the granular base or asphalt mat of the adjoining shingles are torn from either shingle and are attached to the sealant strip. Delamination of the sealant strip implies that the adhesive bonds were stronger than those between the granules and its asphalt shingle adhesive bonds, much like a weld is stronger than the adjoining metals.  This type of failure rarely occurs unless encouraged mechanically (Stephen E. Petty, Forensic Engineering: Damage Assessments for Residential and Commercial Structures, 2013).

Evidence of mechanical damage was observed to a few shingle tabs on the roof slopes. A summary of the damage locations was provided within the observations and damage summary section of this report.

**Conclusions:**   Based on the information gained during the inspection; review of weather data, building codes, and information from industry literature; and our professional experience, EES has arrived at the following conclusions:

➢ The soffits were ultimately rendered susceptible to displacement as a result of inadequate securement.  The damage likely occurred over an extended period of time.

➢ The roof surfaces contained minor areas of damages attributable to wind forces. Based on inspection observations, the damage appeared to be older and occurred over multiple storm events.  Specific damage was provided within the observations and damage summary sections of the report.

➢ Evidence of mechanical damage was observed to a few shingle tabs on the roof slopes.   A summary of the damage locations was provided within the observations and damage summary section of this report.

➢ The hail that impacted the property was ~1/2" in diameter.   The components which were affected by hail impacts are provided in the observations section of this report.

➢ A review of weather data indicated hail of similar magnitude was present within the area of the subject property on June 12, 2021.  The damage was likely attributed to the June 12, 2021 or earlier hail event.  Note, hail below 3/4" diameter is not reported.

EEs Group                                                        Engineering & Environmental Services, Inc. ®

## 1520 GLENN AVENUE, LEWISBURG, TN 37091

**Background Information:**    The following information was obtained during a walkthrough of the exterior and roof surfaces on Building 1 with Mr. William Griffin, a Public Adjuster (PA) representing the insured:

➢    The roofs were believed to be 20 years old or older.

➢    Large exterior damage was reported to the complex after high winds in December 2021.

➢    During a joint inspection of the roof covering on Building 1, Mr. Griffin was observing a shingle tab on the east-facing slope within the field of the roof slope. It appeared Mr. Griffin was manipulating the shingle in order to observe underneath the shingle. Mr. Griffin stated the dirt beneath the shingle was wind damage. The shingle tab contained a diagonal crease from the side of the tab that was fresh in appearance and occurred when Mr. Griffen lifted the shingle, delamination of the sealant strip, and still had tacky adhesive present. The shingle tab was clear of damage consistent with wind forces.



**Figures 11 through 14 – Joint Inspection Photos**  THIS IS LIBEL

➢    Mr. Griffin did not inspect any other roofs with EES.

**Building Information:**  The complex consisted of eleven apartment buildings and an office building. The exteriors of the buildings were clad with painted wood panels. The roof surfaces were covered with three-tab asphalt shingles. A layout of the apartment complex is shown in Figure 15:



**Figure 15: Complex Layout**

**EES Inspection Observations:** Observations made during the inspection of the exterior and roof surfaces of the buildings are summarized below; a summary of damages is provided in Table 3; photographs are provided in Appendix D.

**Building #1 – "E" Units 1-4**

*Exterior Inspection:*

➤ The exteriors were clad with painted wood siding and brick masonry veneer.

➤ The ~12" wide soffits around the perimeter were sporadically hanging/sagging/drooping/missing of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older. The more severe damage to the soffit included:

  • ~4 LF at the east elevation
  • ~5 LF at the west elevation

➢ A section of the gutter was sagged along the east exterior. The heavy debris buildup and drip-patterned stains indicated the issues were older.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. No drip edge or starter strip/form of securement were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The roof appurtenances were clear of damage attributable to wind forces and/or hailstone impacts.

➢ Eight (8) creased shingle tabs were present along the west eave and two (2) creased shingle tabs were present along the east eave. The varied weathered condition of the crease lines indicated the damages were older and progressive. Note, no form of securement was present along the eaves to secure the initial course of shingles to the roof surfaces.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impacts.

**Building #2 – "D" Units 1-4**

*Exterior Inspection:*

➢ The exteriors were clad with painted wood siding and brick masonry veneer.

➢ The ~12" wide soffits around the perimeter were sporadically hanging/sagging/drooping/missing of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ A section of the gutter along the northern ~24' was present along the west exterior. The fasteners securing the gutter/fascia board had pulled out of the ends of the rafter tails. Drip-patterned stains were present over the edge of the gutter consistent with inadequate drainage and probable debris buildup within this portion of the gutter. The damage was not consistent with wind forces.

➢ A section of the gutter was missing along the northern ~32' of the east exterior. Additionally, the northern ~20' of the soffit was missing below this area which likely collapsed with the gutter. Specific details follow:

- The debris from the collapsed area was present on the ground surfaces below.

- The fasteners for the gutter had pulled out of the fascia board, indicative of inadequate withholding.

- Prior fascia board repairs were present within the area indicative of historic issues.
- A large tree overhang was present above the area of collapse. No signs of impact damage were present to the area.

➢ Two (2) downspouts along the north exterior (10 LF each) contained dents consistent with hailstone impacts measuring up to ~3/8" in diameter. No spatter marks were observed at the dent locations.

➢ The remaining exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. No drip edge or starter strip/form of securement were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ Some sporadic sections of missing gutter guards were apparent along the eaves. Additionally, the gutter guards contained dents consistent with hailstone impacts measuring up to ~1/2" in diameter. No spatter marks were observed at the dent locations.

➢ The roof appurtenances were clear of damage attributable to wind forces and/or hailstone impacts.

➢ The roof surfaces were clear of damage attributable to wind forces and/or hailstone impacts.

**Building #3 – "F" Units 1-2**

*Exterior Inspection:*

➢ The exteriors were clad with painted wood siding and brick masonry veneer.

➢ Some paint repairs were apparent around the exterior.

➢ The ~12" wide soffits around the perimeter were sporadically hanging/sagging/drooping/missing of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ A section of the north gable vent cover was displaced. The nesting behind the displacement indicated it was older. No physical damage was present to the displaced vent cover section.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

EEs Group                                    Engineering & Environmental Services, Inc.®

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. No drip edge or starter strip/form of securement were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The gutter guards contained dents consistent with hailstone impacts measuring up to ~1/2" in diameter. No spatter marks were observed at the dent locations.

➢ The roof appurtenances were clear of damage attributable to wind forces and/or hailstone impacts.

➢ The roof surfaces were clear of damage attributable to wind forces and/or hailstone impacts.

## Building #4 – "C" Units 1-2

*Exterior Inspection:*

➢ The exteriors were clad with painted wood siding and brick masonry veneer.

➢ Some paint repairs were apparent around the exterior.

➢ The ~12" wide soffits around the perimeter were sporadically hanging/sagging/drooping/missing of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. No drip edge or starter strip/form of securement were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The gutter guards contained dents consistent with hailstone impacts measuring up to ~1/2" in diameter. No spatter marks were observed at the dent locations.

➢ The roof appurtenances were clear of damage attributable to wind forces and/or hailstone impacts.

➢ The roof surfaces were clear of damage attributable to wind forces and/or hailstone impacts.

EEs Group                                                Engineering & Environmental Services, Inc.

## Building #5 – "G" Units 1-2

*Exterior Inspection:*

➢ The exteriors were clad with painted wood siding and brick masonry veneer.

➢ The ~12" wide soffits around the perimeter were sporadically hanging/sagging/drooping/missing of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older. The more severe damage to the soffit included:

  • ~24 LF at the east elevation

  Of note, heavy rot was observed to the fascia board in the area of missing soffit. The fascia board also contained prior repairs, indicative of long-term and ongoing issues. The debris for the missing soffit was present along the north exterior.

➢ The northwest downspout (10 LF) contained dents consistent with hailstone impacts measuring up to ~3/8" in diameter.

➢ The remaining exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. No drip edge or starter strip/form of securement were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The gutter guards contained dents consistent with hailstone impacts measuring up to ~1/2" in diameter. No spatter marks were observed at the dent locations.

➢ Four (4) creased shingle tabs were present along the east eave. The weathered condition of the crease lines indicated the damages were older. Note, no form of securement was present along the eaves to secure the initial course of shingles to the roof surfaces.

➢ The roof appurtenances were clear of damage attributable to wind forces and/or hailstone impacts.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impacts.

## Building #6 – "B" Units 1-2

*Exterior Inspection:*

➢ The exteriors were clad with painted wood siding and brick masonry veneer.

EEs Group                                    Engineering & Environmental Services, Inc.

➢ The ~12" wide soffits around the perimeter were sporadically hanging/sagging/drooping/missing of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. No drip edge or starter strip/form of securement were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The gutter guards contained dents consistent with hailstone impacts measuring up to ~1/2" in diameter. No spatter marks were observed at the dent locations.

➢ A few sporadic irregular/odd creases were present on shingles on the east and west slopes. The shingle tabs were typically still well adhered. The creases were not consistent with wind forces.

➢ The roof appurtenances were clear of damage attributable to wind forces and/or hailstone impacts.

➢ The roof surfaces were clear of damage attributable to wind forces and/or hailstone impacts.

**Building #7 – "H" Units 1-2**

*Exterior Inspection:*

➢ The exteriors were clad with painted wood siding and brick masonry veneer.

➢ The ~12" wide soffits around the perimeter were sporadically hanging/sagging/drooping/missing of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ A section of the gutter was missing along the eastern ~50' of the north exterior. Additionally, the northern ~30' of the soffit and fascia had collapsed and/or was missing in this area which likely collapsed with the gutter. Specific details follow:

- The debris from the collapsed area was present on the ground surfaces below.
- The fasteners for the gutter had pulled out of the fascia board, indicative of inadequate withholding. **WIND DAMAGED**
- The soffit framing was also sagged/collapsed, indicative of inadequate load paths.

EEs Group        Engineering & Environmental Services, Inc. ®

- Debris buildup was present within the gutter indicative of probable overflow issues and ponded water within the gutters.

➢ The northeast downspout and southwest downspout (10 LF each) contained dents consistent with hailstone impacts measuring up to ~3/8" in diameter. No spatter marks were observed at the dent locations.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. No drip edge or starter strip/form of securement were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The gutter guards contained dents consistent with hailstone impacts measuring up to ~1/2" in diameter. No spatter marks were observed at the dent locations.

➢ The roof appurtenances were clear of damage attributable to wind forces and/or hailstone impacts.

➢ The roof surfaces were clear of damage attributable to wind forces and/or hailstone impacts.

**Building #8 – "I" Units 1-2**

*Exterior Inspection:*

➢ The exteriors were clad with painted wood siding and brick masonry veneer.

➢ The ~12" wide soffits around the perimeter were sporadically hanging/sagging/drooping/missing of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ A section of the gutter was missing along the eastern ~22' of the north exterior. Additionally, the northern ~10' of the fascia and ~16' of the soffit had collapsed and/or was missing in this area which likely collapsed with the gutter. Specific details follow:

- The debris from the collapsed area was present on the ground surfaces below.

- The fasteners for the gutter and fascia board had pulled out of the rafter tails, indicative of inadequate withholding. The fascia board showed signs of long-term moisture contact.

- Debris buildup was present within the gutter indicative of **probable overflow issues and ponded water within the gutters**.

- The upper ~4 LF of the northeast downspout collapsed with the gutter.

➢ A window screen along the north was displaced, measuring ~30" x ~20".

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. No drip edge or starter strip/form of securement were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The gutter guards contained dents consistent with hailstone impacts measuring up to ~1/2" in diameter. No spatter marks were observed at the dent locations.

➢ A few sporadic irregular/odd creases were present on shingles on the north slope. The shingle tabs were typically still well adhered; though, in some instances, the shingles were partially unadhered and contained delamination. The creases were not consistent with wind forces.

➢ The roof appurtenances were clear of damage attributable to wind forces and/or hailstone impacts.

➢ The roof surfaces were clear of damage attributable to wind forces and/or hailstone impacts.

**Building #9 – "J" Units 1-4**

*Exterior Inspection:*

➢ The exteriors were clad with painted wood siding and brick masonry veneer.

➢ The ~12" wide soffits around the perimeter were sporadically hanging/sagging/drooping/missing of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ A section of the gutter was heavily sagged along the central west exterior, measuring ~20 LF. The heavily deteriorated condition of the fascia and construction indicated long-term issues. Heavy debris buildup was present within the gutters.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. No drip edge or starter strip/form of securement were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The gutter guards contained dents consistent with hailstone impacts measuring up to ~1/2" in diameter. No spatter marks were observed at the dent locations.

➢ The roof appurtenances were clear of damage attributable to wind forces and/or hailstone impacts.

➢ The roof surfaces were clear of damage attributable to wind forces and/or hailstone impacts.

**Building #10 – "K" Units 1-4**

*Exterior Inspection:*

➢ The exteriors were clad with painted wood siding and brick masonry veneer.

➢ The ~12" wide soffits around the perimeter were sporadically hanging/sagging/drooping/missing of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. No drip edge or starter strip/form of securement were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The gutter guards contained dents consistent with hailstone impacts measuring up to ~1/2" in diameter. No spatter marks were observed at the dent locations.

➢ A few sporadic shingles contained irregular/odd creases. The shingles were typically still well adhered. The creases were not consistent with wind forces.

➢ The roof appurtenances were clear of damage attributable to wind forces and/or hailstone impacts.

➢ The roof surfaces were clear of damage attributable to wind forces and/or hailstone impacts.

EEs Group                                      Engineering & Environmental Services, Inc. ®

**Building #11 – "A" Units 1-4**

*Exterior Inspection:*

➢ The exteriors were clad with painted wood siding and brick masonry veneer.

➢ The ~12" wide soffits around the perimeter were sporadically hanging/sagging/drooping/missing of varied severity throughout the perimeters. There was a severe lack of fasteners along the channels to which the soffits were secured. Some of the dull exposed surfaces indicated the conditions were older.

➢ The exterior components were clear of damage attributable to wind forces and/or hailstone impacts.

*Roof Inspection:*

➢ The roof surfaces were covered with a single layer of three-tab asphalt shingles over felt underlayment. No drip edge or starter strip/form of securement were present at the eaves. The roof pitch measured ~4:12. The shingle exposure averaged ~5".

➢ Representative roof areas for each facing slope were inspected and found to be clear of damage attributable to hailstone impacts.

➢ The gutter guards contained dents consistent with hailstone impacts measuring up to ~1/2" in diameter. No spatter marks were observed at the dent locations.

➢ Five (5) creased shingles tabs were observed along the west eave. The weathered condition of the crease lines indicated they were older. Note, no form of securement was present along the eaves to secure the initial course of shingles to the roof surfaces.

➢ Three (3) shingles along the north rake of the east slope contained older-in-appearance impact damage.

➢ The roof appurtenances were clear of damage attributable to wind forces and/or hailstone impacts.

➢ The remaining roof surfaces were clear of damage attributable to wind forces and/or hailstone impacts.

**Damage Summary:** Table 3 below summarizes the damages observed.

## Table 3 – Glenn Avenue Parkway Damage Summary

| EES Building ID | Building ID & Unit #'s | Faces | Exterior Damage[1,2] | Hail Damage to Shingles (Bruises/100 sq. ft.) | Roof Metals | Wind Damage – Old Damage[2] | Wind Damage – Newer Damage[2] | Other[1,2] |
|---|---|---|---|---|---|---|---|---|
| 1 | E - 1-4 | East | W - Downed Soff<br>E - Downed Soff<br>N- 20 LF of DS | 0 | None | W - 8 creased at eave<br>E - 2 creased at eave | 0 | E Slope - 1 mechanically creased shingle by PA<br>Sporadic Loose Soffits<br>Clogged/Hanging Gutters |
| 2 | D - 1-4 | West | E -32 LF Missing Gut<br>E-20 LF of Soff | 0 | E, W - GG | 0 | 0 | |
| 3 | F - 1-2 | East | 0 | 0 | E, W - GG | 0 | 0 | E Ext – Fresh paint |
| 4 | C - 1-2 | West | 0 | 0 | E, W - GG | 0 | 0 | |
| 5 | G - 1-2 | East | E - 24 LF Downed Soff<br>N- 10 LF of DS | 0 | E, W - GG | E - 4 creased at eave | 0 | E,W slopes - Clogged Gutters<br>N Ext - Stored Soffit Material |
| 6 | B 1-2 | West | 0 | 0 | E, W - GG | 0 | 0 | S Ext - Loose fascia<br>E slope - Odd diagonal creases at racked<br>W slope - Odd diagonal creases |
| 7 | H 1-2 | South | N - 30 LF Collapsed Gut, Fascia, Soff<br>E — 10 LF of DS<br>W — 10 LF of DS | 0 | S, N - GG | | 0 | |
| 8 | I 1-2 | North | N - 22' Collapsed Gutter<br>N — 16' Collapsed Soff<br>N - DS Down – 4 LF<br>N - 10 LF collapsed Fascia board<br>N - 30" x 20" screen missing | 0 | S, N - GG | 0 | 0 | N slope - Odd corner creased shingles |
| 9 | J 1-4 | East | 0 | 0 | E, W - GG | 0 | 0 | W Ext - Guts Pulling off at Soffit damage |
| 10 | K 1-4 | East | 0 | 0 | E, W - GG | 0 | 0 | E Slope - 3 odd creased at N rake |
| 11 | A 1-4 | West | 0 | 0 | E, W - GG | W - 5 creased at eave | 0 | |

1 - Exterior features include gutters (Gut), ~12" wide soffit (Soff), downspout (DS)
2 - North  (N), South  (S), East  (E), West  (W), Exterior (Ext)
3 - Gutter Guards, (GG)

EEs Group                    Engineering & Environmental Services

**Discussions:**   Discussions pertaining to EES' observations and conclusions are provided below.

## WEATHER DATA

**NWS Wind Data:**   Wind data was researched from the National Weather Service (NWS) Nashville Weather Station (the closest reporting stations to the subject property) for December 2021.  Results are provided below.

> **NWS Nashville December 2021:**   The maximum two-minute wind and the highest peak gust wind speeds reported in December 2021 ranged up to 47 MPH and 74 MPH, respectively, on December 11, 2021.  The winds on this date arrived primarily from the south.

The reported peak gust wind speeds from the NWS at the Nashville Weather Station in December 2021 did not exceed 90 MPH, the resistance threshold prescribed under Tennessee building codes since ~2000.  Further, the reported two-minute wind speeds did not exceed 70 MPH, the threshold prescribed in Tennessee building codes prior to 2000.

**NWS Tornado Data:**   EES researched several tornado events on the NWS' website. Results follow.

> **December 10-11, 2021:**  An EF-0 tornado passed through northwest Tennessee and southwest Kentucky.   The tornado passed south of the subject property (https://www.weather.gov/pah/December-10th-11th-2021-Tornado).



**Figure 16 – NWS Tornado Path – December 10 and 11, 2021**

**CoreLogic™ Hail Verification Report:** A Hail Verification Report™ from CoreLogic Spatial Solutions, LLC was provided to EES and reviewed for the subject property. The address-specific report gives a history of hail-fall activity at the location and within 1, 3, and 10 miles from January 1, 2009 through June 22, 2022. It accomplishes this with the use of their HailScope™ "verification algorithm" which assesses hail equal to or greater than 3/4" falling within a 10-mile radius of the address and produces a report of the dates and sizes of the hail. The Hail Verification Report™ is reproduced below as Figure 17.

 CoreLogic          Weather Verification Services

# Hail Verification Report

| Claim or Reference # | 22-388-BJH |
| --- | --- |
| Insured/Property Owner | State Auto-Volunteer Mgmt (Glenn)-Wind |
| Address | 1520 Glenn Ave Lewisburg, TN 37091 |
| Coordinates | Latitude 35.462428, Longitude -86.810913 |
| Date Range | Jan 01, 2009 to Jun 22, 2022 |
| Report Generated | June 23rd, 2022 at 17:17:30 UTC |

## Storm Events

| | | Estimated Maximum Hail Size | | |
| --- | --- | --- | --- | --- |
| Date | At Location | Within 1 mi / 1.61 km | Within 3 mi / 4.83 km | Within 10 mi / 16.09 km |
| Jun 12, 2021 | — | — | 0.9 in / 2.29 cm | 1 in / 2.54 cm |
| Mar 21, 2017 | 1.5 in / 3.81 cm | 1.8 in / 4.57 cm | 1.8 in / 4.57 cm | 1.8 in / 4.57 cm |
| Mar 9, 2017 | — | — | 0.75 in / 1.91 cm | 1 in / 2.54 cm |
| Mar 31, 2012 | — | 1.2 in / 3.05 cm | 1.6 in / 4.06 cm | 1.6 in / 4.06 cm |
| Mar 2, 2012 | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm | 1.1 in / 2.79 cm | 1.5 in / 3.81 cm |
| Jun 18, 2011 | — | 0.75 in / 1.91 cm | 0.8 in / 2.03 cm | 1 in / 2.54 cm |
| Jan 21, 2010 | — | — | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm |
| Jun 17, 2009 | — | — | 0.75 in / 1.91 cm | 0.75 in / 1.91 cm |
| Apr 10, 2009 | 0.9 in / 2.29 cm | 1 in / 2.54 cm | 1.3 in / 3.3 cm | 1.4 in / 3.56 cm |

**Figure 17: CoreLogic Hail Verification Report for the Subject Property**

Review of the information in the figure above indicated that 1.5" diameter hail fell on the subject property on March 21, 2017. Other reported storms at the subject property included March 2, 2012 (0.8") and April 10, 2009 (0.9").

According to the report, a large hail event occurred at the property on March 21, 2017. However, based on EES' inspection, it did not appear a storm of that caliber had damaged the components of the subject buildings. It cannot be ruled out that the roofs were replaced at some point between EES' inspection (June 2, 2022) and the March 21, 2017 event. At the writing of this report, the age of the shingles was unknown. Alternatively, the storm on March 21, 2017 may have been less than 1.5" and below the typical threshold for hail damage to shingles.

Note, hail sizes less than 0.75" in diameter may have fallen at the subject property on other dates not listed.

**Determining Hail Size:** The size (diameter) of the hail which likely fell on the subject property was approximated by inspection of the metal surfaces and measurements of the impact marks which appeared consistent with hail-strikes. For hailstones measuring up to 2" in diameter, the hailstone size typically ranges from 1-1/2 to 2-1/2 times the diameter of the inner dent created upon impact with the most common metal surfaces on average (Petty 2013). The inner dents of the impact marks observed on the metal surfaces measured up to ~1/2" in diameter indicating the hailstones may have ranged conservatively from ~3/4" to ~1-1/4" in diameter. Taking into account the average multiplier and the maximum inner dent diameter, the hail that struck the property likely was ~1" in diameter.

**Hail-Spatter Marks:** When hailstones strike metal surfaces, they leave behind a spatter mark in the oxidation layer. It typically takes one to two years for the surface to re-oxidize and cover the mark. Thus, when dents consistent with hailstone impacts are found on metal surfaces without spatter marks this is an indicator that the dents were caused by an older hailstorm event.

The dents to the subject downspouts and gutter guards did not contain spatter marks, which indicated the dents were from an older hailstorm.

**Wind Effects to Asphalt Shingles:** Wind traveling over and around a pitched roof surface creates both positive and negative (i.e., suction/uplift) pressures on the roofing material. Wind-related damages to asphalt shingles on a pitched roof typically occur as a result of high suction/uplift pressures and the localized effects on the individual shingles as air flows over its surface. Further, these higher suction/uplift pressures occur along the lower eaves, rakes, valleys, and/or ridges of the roof surface. Hence, wind-related damages normally first appear in these locations, especially if the shingles are aged/weathered, poorly installed, and/or poorly bonded (i.e., un-adhered). Wind damage to asphalt shingles is typically identified as lifted shingles, cracking in the shingle mat (i.e., creases), torn/missing shingles/tabs, and, in severe cases, sections of shingles displaced from the roof surface.

The roof surfaces contained damage consistent with wind forces. A summary of the damage locations was provided within the observations and damage summary section of this report. It should be noted, the damage appeared to be relatively older.

**<u>Wind Effects to Exterior Claddings</u>:** As mentioned, wind traveling over and around a structure creates both positive and negative (i.e., suction/uplift) pressures on the exterior surfaces. Therefor, all exterior claddings must be properly secured in order to prevent damages. Tennessee requires exterior components to withstand 90 MPH wind speeds. When damage to exterior claddings occurs with wind speeds well below design wind speeds, other factors are typically the reason.

The soffits around the perimeter of the subject buildings were sporadically hanging/sagging/drooping of varied severity throughout the perimeters. Additionally, the condition was present on all cardinal direction elevations. Close observations of the channels to which the components were fastened indicated a lack of proper securement to the substrates which rendered the soffits susceptible to below design wind speeds and/or gravitational forces.

For further review, the 2007 Vinyl Siding Institute (VSI) Installation Manual was reviewed for pertinent information regarding installation of soffits. Figure 18 below shows general steps to secure the soffit sections to the structure.



3. Insert the panel into the channel on the wall, then into the channel at the fascia board (Fig. 68).

- It might be necessary to flex the panel slightly to insert it into the second channel.
- Make certain the panel is perpendicular to the wall, then nail. Depending on the installation method being used, nails will be hammered either into a nailing strip or a fascia board.
- When using a nailing strip, do not nail tightly—allow movement for expansion. Continue the installation by locking and nailing the panels. Make certain the panels are fully locked along their entire length.

4. To turn a corner, measure from the channel at the wall corner to the channel at the corner of the fascia board (Fig. 69). Subtract 1/4" (6.4mm) for expansion. Cut and install soffit double channel lineal or back-to-back J-channel. If necessary, install nailing strips to provide backing for the lineal. Miter cut the corner soffit panels and install as described in Step 3.

5. To complete the installation, apply the utility trim and fasten the aluminum fascia cap or formed aluminum coil stock with painted

Figure 68.

NOTE: When nailing to the fascia board, use trim nails. Drive the nail through the nail flange and "V"-shaped groove within the soffit panel (Fig. 68). This is one of the rare instances that face-nailing is permissible. Once a soffit panel is face-nailed, it will expand only in one direction, in this case, toward the receiving channel. Be sure to leave space for the full expansion allowance in the receiving channel.

**Figure 18: VSI Detail Regarding Soffit Panel Securement**

**Mechanical Damage and Delamination:**   Damage that results from mechanical manipulation may cause delamination of the adhesive strip from the asphalt surfaces. Delamination is apparent when portions of the granular base or asphalt mat of the adjoining shingles are torn from either shingle and are attached to the sealant strip. Delamination of the sealant strip implies that the adhesive bonds were stronger than those between the granules and its asphalt shingle adhesive bonds, much like a weld is stronger than the adjoining metals. **This type of failure rarely occurs unless encouraged mechanically (Stephen E. Petty, Forensic Engineering: Damage Assessments for Residential and Commercial Structures, 2013).**

Evidence of mechanical damage was observed to a few shingle tabs on the roof slopes. A summary of the damage locations was provided within the observations and damage summary section of this report.

**Shingle Installation:**   The Asphalt Roofing Manufacturer's Association (ARMA) Residential Roof Manual was referenced for industry best practices of installing shingles along the roof eaves.  Figure 19 below provides a detail from the manual.



**Figure 19 – ARMA Shingle Installation**

The subject buildings had shingles installed with up to ~1-1/2" hanging into the gutter. This rendered the shingles susceptible to improper bonding.  Improperly bonded shingles can be susceptible to wind damage at below design wind speeds.  During EES' inspection, many shingles contained damage as a result of improper installation along the eaves.

**Conclusions:**   Based on the information gained during the inspection; review of weather data, building codes, and information from industry literature; and our professional experience, EES has arrived at the following conclusions:

➢   The displaced and/or collapsed soffits and gutters along the exterior of the subject buildings were ultimately rendered susceptible to displacement as a result of a combination of inadequate securement/poor installation and long-term effects of gravitational forces.  While it cannot be ruled out that wind may have affected the poorly installed components, it was not the main source of the failure.  Further, the displacement of the soffits and gutters likely occurred over an extended period of time (i.e., years).

EEs Group                                                               Engineering & Environmental Services, Inc.

➢ The roof surfaces contained minor areas of damages attributable to wind forces. Based on inspection observations, the damage appeared to be older and likely occurred over multiple storm events. Specific damage was provided within the observations and damage summary sections of the report.

➢ Evidence of mechanical damage was observed to a few shingle tabs on the roof slopes. A summary of the damage locations was provided within the observations and damage summary section of this report.

➢ The hail that impacted the property was ~1" in diameter. The components which were affected by hail impacts are provided in the observations section and damage summary of this report.

➢ A review of weather data indicated the dents within the soft metal surfaces likely occurred from the March 21, 2017, or earlier, hailstorm.

**CLOSING:** EES has prepared this report for your use in accordance with generally accepted inspection practices. The conclusions reached were determined within a reasonable degree of engineering certainty. The information obtained in this report is site-, date- and time-specific and pertains to this project only, during the date and time of our inspection. The conclusions provided in this report were based only on visual observations. No destructive testing or collection and analysis of any materials was completed as part of this work. Thus, the conclusions reached were limited by the extent of the work completed. Any conclusion or recommendations provided should not be considered to constitute a repair estimate or specification. Should additional information be discovered, EES reserves the right to revise this report.

Although this report was prepared for the exclusive use of State Auto Insurance, any lending institution, third party, or entity expressly designated by the Client may rely upon it, provided that EES is informed in writing. The use of the report is subject to the limitations and exceptions set forth in this report. EES will not distribute or publish this report without the Client's written consent, except as required by law or a court order.

The liability of EES with regard to professional error and omissions cannot be in excess of the fee charged for this project. Prior to the identification of any EES Group staff as a testifying expert, EES shall be notified in writing, or by the execution of an expert witness consulting agreement.

The opinions expressed in this report are based on EES' experience and available information. This inspection evaluated the conditions that existed at the time of the investigation of the subject property and does not warrant against future alteration of conditions at the subject site or subsequent changes in regulations.

the conclusions reached were determined within a reasonable degree of engineering certainty.
THERE IS NO ENGINEERING STAMP ON THE REPORT.

It is not site specific.
-specific and pertains to this project only, during the date and time of our inspection. The conclusions provided in this report were based only on visual observations. No destructive testing or collection and analysis of any materials was completed as part of this work

EEs Group                                    Engineering & Environmental Services, Inc.®

EES appreciates the opportunity to provide these professional services for State Auto Insurance. If you have any questions, or need further information regarding our findings or conclusions, please feel free to contact our office at (614) 798-4123. Please refer to the EES project number (22-388-BJH) in all future inquiries.

Best regards,

Benjamin J. Hall, P.E.

Noah P. Monhemius, P.E.(KY), RRC,
Project Engineer

# APPENDIX A

**Photographs for 73 Hobbs Street, Arlington, KY 42021**



Building 1 – Front of Building – East Exterior



Building 1 – West Exterior – Spatter to Door



Building 1 – West Exterior – Dents to Downspout



Building 1 – Roof – Overview



Building 1 – West Exterior – Spatter to Electric Meter



Building 1 – Roof – Dents to Turbine Vent



Building 1 – Roof – Spatter on West Slope



Building 1 – Roof – Ridge Caps Clear of Damages



Building 1 – Roof – Spatter on West Slope



Building 1 – Roof – Edge Metals Clear of Damages



Building 1 – Roof – Metal Panels Clear of Damages



Building 1 – Roof – No Damages

EEs Group        Engineering & Environmental Services, Inc. ®



Building 2 – North Exterior – Front of
Building



Building 2 – North Exterior – Spatter to
Electric Meters



Building 2 – North Exterior – Spatter on
Siding



Building 2 – Roof – Overview



Building 2 – Exterior – Dents to
Downspouts



Building 2 – Roof – Spatter, No Damage

EEs Group                                                    Engineering & Environmental Services, Inc. ®



Building 2 – Roof – No Damages



Building 2 – Roof – Dents to Turbine
Vents



Building 2 – Roof – No Damages



Building 2 – Roof – Dents to Turbine
Vents



Building 2 – Roof – No Damages



Building 2 – Roof – Gutters No
Damages

Engineering & Environmental Services, Inc. ®
EEs Group

# APPENDIX B

## Photographs for 205 Ringo Drive, Clinton, KY 42031



Building 1 – Front of Building – South
Exterior



Building 1 – South Exterior –
Mechanical Damage to Downspouts



Building 1 – East Exterior – Unlapped
Siding



Building 1 – Roof – Overview



Building 1 – East Exterior – Mechanical
Damage to Siding



Building 1 – Roof – South Slope Torn
Shingle Sealed

EEs Group                                    Engineering & Environmental Services, Inc.®



Building 1 – Roof – North Slope Torn
Shingle



Building 1 – Roof – Bruise Test Square
– Clear of Hail Impacts



Building 1 – Roof – North Slope Torn
Shingle with Delamination



Building 1 – Roof – Bruise Test Square
– Clear of Hail Impacts



Building 1 – Roof – Dents to Box Vent



Building 1 – Roof – Bruise Test Square
– Clear of Hail Impacts

EEs Group                                                      Engineering & Environmental Services, Inc. ©



Building 2 – Front of Building – South Exterior



Building 2 – Roof Overview



Building 2 – South Exterior – Dents to Gutter



Building 2 – Roof – Creased Shingle on South Slope



Building 2 – Dents to Downspouts



Building 2 – Roof – Creased Shingle on South Slope



Building 2 – Roof – Creased Shingle on
West Slope



Building 2 – Roof – Creased Shingle on
North Slope with Delamination



Building 2 – Roof – Creased Shingle on
West Slope with Delamination



Building 2 – Roof – Bruise Test Square
– Clear of Hail Impacts



Building 2 – Roof – Creased Shingle on
North Slope



Building 2 – Roof – Bruise Test Square
– Clear of Hail Impacts

EEs Group                                          Engineering & Environmental Services, Inc. ®



Building 3 – North Exterior – Front of
Building



Building 3 – Roof – Dents to Box Vent



Building 3 – North Exterior – Spatter to
Siding



Building 3 – Roof – Dents to Turbine
Vent



Building 3 – Roof – Overview



Building 3 – Roof – South Slope Torn
Shingle

EEs Group

Engineering & Environmental Services, Inc. ©



Building 3 – Roof – North Slope
Overview



Building 3 – Roof – Bruise Test Square
– Clear of Hail Impacts



Building 3 – Roof – South Slope
Overview



Building 3 – Roof – Bruise Test Square
– Clear of Hail Impacts



Building 3 – Roof – Ridge Caps Clear of
Hail Impacts



Building 3 – Roof – Bruise Test Square
– Clear of Hail Impacts

EES Group                                                Engineering & Environmental Services, Inc.



Building 4 – North Exterior – Front of Building



Building 4 – Roof – Missing Tab on South



Building 4 – East Exterior – Missing Siding



Building 4 – Roof – Missing Tab on South Near Replacement



Building 4 – Roof – Overview



Building 4 – Roof – South Slope Replacement



Building 4 – Roof – South Slope
Replacement with Missing Tab



Building 4 – Roof – North Slope Torn
with Delamination



Building 4 – Roof – North Slope Two
Creased



Building 4 – Roof – Dents to Box Vent



Building 4 – Roof – North Slope Torn
with Delamination



Building 4 – Roof – Bruise Test Square
– Clear of Hail Impacts



Mail Room – North Exterior – Front of Building



Mail Room – Roof – South Slope Overview



Mail Room – Roof – North Slope Overview



Mail Room – Roof – South Slope Creased Shingle



Mail Room – Roof – North Slope Missing Tab



Mail Room – Roof – South Slope Creased Tab with Delamination

EEs Group    Engineering & Environmental Services, Inc.®

# APPENDIX C

# Photographs for 1230 South Ellington Parkway, Lewisburg, TN 37091

EEs Group                                                          Engineering & Environmental Services, Inc. ©



Building 1 – South Exterior



Building 1 – Older Missing Shingle Tabs



Building 1 – South Exterior Soffits
Hanging



Building 1 – Small Dents to Box Vents



Building 1 – Roof Overview



Building 1 – Bruise Count Area Clear of
Hail Damages



Building 2 – North Exterior



Building 2 – Bruise Count Area



Building 2 – Exterior Soffits Hanging



Building 2 – South Slope Overview



Building 2 – Bruise Count Area



Building 2 – Turbine Vents



Building 3 – South Exterior



Building 3 – Roof Bruise Count Area



Building 3 – South Exterior Soffits



Building 3 – Roof Box Vents



Building 3 – Roof Bruise Count Area



Building 3 – Roof Turbine Vents

EES Group Engineering & Environmental Services, Inc.



Building 4 – North Exterior



Building 4 – Roof Bruise Count Area



Building 4 – East Exterior Missing Soffit



Building 4 – Roof Overview



Building 4 – Roof Bruise Count Area



Building 4 – Roof Overview



Building 5 – North Exterior Overview



Building 5 – Roof Overview



Building 5 – North Exterior Missing
Shutter



Building 5 – North Slope Tree Damage



Building 5 – West Exterior Spatter
Marks



Building 5 – North Slope Tree Damage



Building 6 – South Exterior



Building 6 – Gutter Damage on South Elevation



Building 6 – Missing Soffit on North Elevation



Building 6 – North Slope Overview



Building 6 – Missing Soffit on West Elevation



Building 6 – Dents to Turbine Vents



Building 7 – North Exterior



Building 7 – South Missing Soffits



Building 7 – Breezeway Soffits



Building 7 – South Missing Gutter
Guards



Building 7 – East Missing Soffits



Building 7 – Roof Overview

EEs Group                                                         Engineering & Environmental Services, Inc. ®



Building 8 – North Elevation



Building 8 – Missing Turbine Vent



Building 8 –East Soffits Missing



Building 8 – Turbine Vent



Building 8 – Roof Overview



Building 8 – Bruise Count Area

EEs Group                                          Engineering & Environmental Services, Inc.®



Building 9 – North Exterior



Building 9 – Hanging Soffit West



Building 9 – Hanging Soffit – North



Building 9 – Mechanical Damage on North



Building 9 – Hanging Soffit – South



Building 9 – Mechanical Damage on South

EEs Group                                                      Engineering & Environmental Services, Inc. ®



Building 10 – North Exterior



Building 10 – South Slope Overview



Building 10 – Roof Overview



Building 10 – Gutter Pulled Away and
Replacement Gutter Guard



Building 10 – Turbine Vents



Building 10 – North Slope Overview

EEs Group

Engineering & Environmental Services, Inc. ®



Building 11 – West Exterior



Building 11 – Roof Overview



Building 11 – West Missing Soffits



Building 11 – Turbine Vents



Building 11 – East Missing Soffits



Building 11 – West Slope Overview

EEs Group                                        Engineering & Environmental Services, Inc. ©



Office – South Exterior Overview



Office – Bruise Count Area



Office – South Exterior Soffits



Office – Bruise Count Area



Office – Missing Partial Shingle



Office – Roof Overview

EEs Group

Engineering & Environmental Services, Inc.®